# EXHIBIT 4

# MARTIN SCORSESE

July 22, 2024

Dear Mayor Adams,

I'm writing this letter to you to address an issue that touches me on a very deep personal level.

Why? Because it involves a parcel of land in a section of our city that I used to call home. The world I came out of. Little Italy.

I'm sure you know that I'm talking about the Elizabeth Street Garden, which was sold by your predecessor for housing development and is soon slated for demolition.

I understand that housing is now a major concern in this city. But what I know is that there is nothing else like this garden in the neighborhood.

When I was growing up, Little Italy was more or less a concrete jungle. We used to play in the alleys. There was no shade, no greenery, no respite—something that every neighborhood needs. The make-up of Little Italy may be different, but the need for a beautiful, refreshing oasis like the Elizabeth Street Garden has not changed. I wish it had been there when I was young.

Mr. Mayor, I am urging you to put a halt to this project before the September start date for demolition. The space is relatively small, and I have no doubt that there are many other spots around the city that would yield more space and a greater number of units. To destroy this garden would be a sad development for the neighborhood and for the city.

Thank you for your consideration.

Best,

Martin Scorsese

Dear Mr. Mayor:

I'm writing today to implore you to save the Elizabeth Street Garden. This Little Italy jewel is scheduled to be demolished next month to make way for affordable senior housing. I support increasing the availability of affordable housing (community leaders have identified alternate locations for development), but I'm also passionate about preserving the character of our neighborhoods. That's why, in the immediate aftermath of 9/11, I started initiatives to bring people back downtown – to Chinatown, SoHo, TriBeCa, FiDi, etc., and then co-founded The Tribeca Film Festival.

Mr. Mayor, you lead a great city. And you understand that resources like the Elizabeth Street Garden serve the people who make our city great. Taking away the Elizabeth Street Garden is erasing part of our city's unique cultural history and heritage.

Thank you for your consideration.

Yours sincerely,

## PATTI SMITH

August 14, 2024

Dear Mayor Adams,

In 2021 I was awarded the Key to New York City. The Key is a symbolic reminder of our city's treasures. But one such treasure is a cultural and artistic jewel that stands in much jeopardy. I join my comrades and the countless citizens in pleading with you to grant a stay of execution of the Elizabeth Street Garden.

The Elizabeth Street Garden is an entirely unique public sanctuary, where art, nature, literature and activism peacefully abide. Flourishing fig trees, flowers and ivy frame historical sculpture, enchanting all who visit. I have been privileged to read poetry and sing in the Garden's serene yet celebratory gatherings, attended by people of all ages, friends and neighbors, tourists with their children.

The Garden is not only an oasis of greenspace within our city, but truly stands as a work of art. The effort to save it is reflective of a mass effort to preserve the natural and ever evolving character of New York City. Affordable housing and greenspaces are both essential assets and should not pinned against each other. The community has presented several options to build nearby without destroying the Garden. Our great city is in danger of becoming a developer's unchecked haven, and we look to you to help us set a lasting precedent for how New York City will protect public art and green spaces for the future.

Mr. Mayor, my Key is in your hands. You have the power to grant our garden the right to remain. Please do not allow the Elizabeth Street Garden to be heartlessly demolished, tragically locking it from the people and future generations forever.

Most sincerely yours,

Patti Smith