# EXHIBIT 16

Case 1:25-cv-01376-MKV    Document 1-23    Filed 02/18/25    Page 2 of 4



# UNKNOWN NEW YORK

*An Artist Uncovers the City's Hidden Treasures*





Jesse Richards

# Elizabeth Street Garden

"Help save the garden!" That's the rallying cry of the volunteers trying to rescue this one-of-a-kind sculpture park from demolition and redevelopment. The one-acre park is one of very few green spots in the NoLita neighborhood, and it's not easy to find. It nestles quietly between buildings, hidden by trees. But if you walk in, you'll enter a cozy nest of gravel paths dotted by dozens of pedestaled statues, like this limestone lion. Mismatched benches, vases, wind chimes, low brick walls, and a lush peach tree add to the homemade, DIY feel of the park. You wouldn't believe the number of wonderful and weird things to sketch there. The garden started in 1990 as overflow from owner Allan Reiver's antiques shop next door, and more and more sculptures were added over the years.

    Several years ago the City Council voted to redevelop the garden into senior housing, but so far their efforts have been unsuccessful as the garden and neighborhood continue to fight back.

Park is near 209 Elizabeth Street, NoLita, Manhattan

