UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Reiver

CIVIL ACTION NO.: 1:25-CV-1376

**vs**                                    *Plaintiff*

The City of New York

*Defendant*

# AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in New York, New York

That on **2/20/2025** at **1:11 PM** at **100 Church Street, New York, NY 10007**

undersigned served a(n) **Summons in a Civil Action, Civil Cover Sheet, Complaint and Jury Demand with Exhibits 1-18**

on **The City of New York, Law Department** by serving **Jerry Bradshaw** ,

undersigned knew the person so served to be a person authorized to accept service.

Description Of Person Served Based On Undersigned's Perception:
Gender: Male
Race:  Black
Hair: Black/gray
Age: 51 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight:over 200 Lbs.
Other: Glasses

I affirm on 02/21/2025 under the penalties of perjury under the
laws of New York, which may include a fine or imprisonment,
that the foregoing is true, and I understand that this document
may be filed in an action or proceeding in a court of law.

Juan Pimentel
License No.2066974

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| Joseph Reiver | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:25-cv-1376 |
| The City of New York | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

*[stamp, vertical:]* CITY OF N.Y. LAW DEPT. OFFICE OF CORP. COUNSEL COMMUNICATIONS UNIT  2025 FEB 20  P 1:11

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The City of New York
Law Department
100 Church Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Steven J. Hyman
    McLaughlin & Stern, LLP
    260 Madison Avenue
    New York, NY 10016
    Tel.: (212) 448-1100
    Email: shyman@mclaughlinstern.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     02/19/2025



                                             /S/ V. BRAHIMI
                                         *Signature of Clerk or Deputy Clerk*