# EXHIBIT A

FILED: NEW YORK CIVIL COURT - L&T 03/05/2025 02:19 PM INDEX NO. LT-308120-21/NY [HO]
NYSCEF DOC. NO. 52 RECEIVED NYSCEF: 03/05/2025

Case 1:25-cv-01376-MKV    Document 12-3    Filed 03/07/25    Page 2 of 5

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
*TRIBUNAL CIVIL DE LA CIUDAD DE NEW YORK*
*CONDADO DE* NEW YORK

INDEX NO. 308120/21
MARSHAL'S DOCKET NO. 35874
COMMERCIAL

**Petitioner**
*Landlord*

THE CITY OF NEW YORK

against

**Respondent**
*Tenant*

ELIZABETH STREET INC.
207 ELIZABETH ST. AKA W/S/O ELIZABETH ST. 217 N/O N/W/C/O ELIZABETH SPRING STS A/K/A
APT#: ELIZABETH STREET GARDENS, WHICH IS SITUATED WITHIN THE
NEW YORK NY 10012
TERRITORIAL JURISDICTION OF THE CIVIL COURT OF
NEW YORK, COUNTY OF NEW YORK CITY AND STATE OF NEW YORK, 10012.
SAID PREMISES IS IDENTIFIED ON THE NEW YORK CITY TAX MAP AS
BLOCK 493, LOT 30, FORMERLY PART OF BLOCK 493, LOT 41

**Respondent**
*Undertenant*

City Marshal
**GARY H. ROSE #81**
2426 RALPH AVENUE
Brooklyn, NY 11234
Tel: 718.645.2100

## NOTICE OF EVICTION - 14 DAYS

To the above tenant(s) and undertenant(s):

The Court has issued a warrant of eviction. If you do not vacate the location listed above within FOURTEEN DAYS after the date of this notice, YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE ON THE FOLLOWING BUSINESS DAY or on any business day after. "Business Days" are Monday through Friday except legal holidays.

**HOW CAN I STOP THIS EVICTION?**
- The ONLY way you can stop this eviction is with a Court order prior to eviction that (1) temporarily stays your eviction, or (2) vacates a warrant for the non-payment of rent, after a deposit or payment with the Court of the full rent due.
- You may apply for such an order at the Civil Court, Landlord-Tenant part, in your borough. Contact information for the Courts is available at the link below.
- If granted, a temporary stay will stop this eviction until the stay expires or is vacated by the Court.

**HOW CAN I BE EVICTED?**
- If you do nothing in response to this notice, you may be evicted without further notice.
- If a Court has already ordered that you be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

**HOW CAN I GET HELP?**
- New York City provides free legal services for tenants facing eviction. Call 718-557-1379 for information about how to access free legal assistance. Free interpretation services are available.
- If you are dependent upon a person in the military service of the United States, let the clerk of the Court know immediately in order to protect your rights. Contact information for the Clerk is available at the link below.
- The Department of Social Services may be able to help you with back payments or other assistance. Call 718-557-1399 or 311 for information. Free interpretation services are available.

## NOTIFICACION DE DESALOJO - 14 DIAS

A los inquilinos y subinquilinos citados arriba:

El tribunal ha emitido una orden de desalojo por la cual, de no desocupar el lugar indicado arriba dentro de CATORCE DÍAS después de la fecha de la presente notificación, PODRÍAN DESALOJARLO SIN PREVIO AVISO A PARTIR DEL DÍA HÁBIL SIGUIENTE, a contar de lunes a viernes excepto los días festivos oficiales.

**¿CÓMO DETENGO EL DESALOJO?**
- La ÚNICA forma es con un dictamen que emita el tribunal antes del desalojo (1) que lo suspenda temporalmente o (2) que desestime una orden judicial por impago o después de realizar depósito o saldar el alquiler ante el tribunal.
- Podrá solicitar dicho dictamen en la Sala de Asuntos entre Propietario e Inquilino en el tribunal civil de su municipio. Vea los datos de contacto de los tribunales en el enlace al pie de página.
- De ser concedido dicho dictamen, una suspensión temporera detendrá el desalojo hasta que venza o bien lo desestime el tribunal.

**¿CÓMO PODRÍAN DESALOJARME?**
- De hacer caso omiso a esta notificación, podrían desalojarlo sin previo aviso.
- Si el tribunal ya dictaminó que lo desalojen por impago o incumplimiento de dicha orden en fecha determinada, podrían desalojarlo sin previo aviso.

**¿DÓNDE CONSIGO AYUDA?**
- La ciudad ofrece servicios legales gratis a inquilinos con amenaza de desalojo. Llame al 718-557-1379 y averigüe cómo conseguirla. Se dispone de Interpretación gratis.
- Si depende de alguien en el servicio militar de los Estados Unidos, proteja sus derechos al informárselo enseguida al secretario del tribunal, cuyos datos de contacto aparecen en el enlace al pie de página.
- El Departamento de Servicios Sociales (Department of Social Services) podría ayudarle con los pagos atrasados y demás asuntos. Infórmese por el 718-557-1399 o el 311. Se dispone de Interpretación gratis.

Date of Notice/Fechada†
Friday March 07, 2025

Earliest Eviction Date/
Primera Fecha de Desalojo 3/24/25

More Information / Más información en
nyc.gov/doi/evictions (212) 709-7900

驱逐通知 - 更多信息
Уведомление о выселении: дополнительная информация
উচ্ছেদের সমন – আরও তথ্যের জন্য
إشعار إخلاء — مزيد من المعلومات
انخلاء کا نوٹس — مزید معلومات

驅逐通知 - 更多資訊
Avi Konsènan Degèpisman: plis enfòmasyon
퇴거 통지 – 자세한 정보
Avis d'expulsion: plus d'informations
Powiadomienie o eksmisji: dodatkowe informacje

† The date of this notice shall be on or after the date the notice is served on respondent..
† La presente notificación está fechada a partir del día de entrega al demandado

1 of 4

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
*TRIBUNAL CIVIL DE LA CIUDAD DE NEW YORK*
*CONDADO DE* NEW YORK

MARSHAL'S DOCKET NO. 308120/21 35875

COMMERCIAL

**Petitioner**
*Landlord*

THE CITY OF NEW YORK

against

**Respondent**
*Tenant*

ELIZABETH STREET GARDENS, INC.
207 ELIZABETH ST.   AKA W/S/O ELIZABETH
ST. 217 N/O N/W/C/O   ELIZABETH SPRING STS A/K/A THE
APT#: ELIZABETH STREET GARDENS, WHICH IS SITUATED WITHIN THE
NEW YORK            NY 10012
TERRITORIAL JURISDICTION OF THE CIVIL COURT OF
NEW YORK, COUNTY OF NEW YORK, CITY AND STATE OF NEW YORK, 10012
SAID PREMISES IS IDENTIFIED ON THE NEW YORK CITY TAX MAP AS
BLOCK 493, LOT 30, FORMERLY PART OF BLOCK 493 LOT 41

**Respondent**
*Undertenant*



City Marshal
**GARY H. ROSE #81**
**2426 RALPH AVENUE**
Brooklyn, NY 11234
Tel: 718.645.2100

---

## NOTICE OF EVICTION - 14 DAYS

To the above tenant(s) and undertenant(s):

The Court has issued a warrant of eviction. If you do not vacate the location listed above within FOURTEEN DAYS after the date of this notice, YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE ON THE FOLLOWING BUSINESS DAY or on any business day after. "Business Days" are Monday through Friday except legal holidays.

### HOW CAN I STOP THIS EVICTION?

- The ONLY way you can stop this eviction is with a Court order prior to eviction that (1) temporarily stays your eviction, or (2) vacates a warrant for the non-payment of rent, after a deposit or payment with the Court of the full rent due.
- You may apply for such an order at the Civil Court, Landlord-Tenant part, in your borough. Contact information for the Courts is available at the link below.
- If granted, a temporary stay will stop this eviction until the stay expires or is vacated by the Court.

### HOW CAN I BE EVICTED?

- If you do nothing in response to this notice, you may be evicted without further notice.
- If a Court has already ordered that you be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

### HOW CAN I GET HELP?

- New York City provides free legal services for tenants facing eviction. Call 718-557-1379 for information about how to access free legal assistance. Free interpretation services are available.
- If you are dependent upon a person in the military service of the United States, let the clerk of the Court know immediately in order to protect your rights. Contact information for the Clerk is available at the link below.
- The Department of Social Services may be able to help you with back payments or other assistance. Call 718-557-1399 or 311 for information. Free interpretation services are available.

**Date of Notice/Fechada†**
Friday, March 07, 2025

**Earliest Eviction Date/**
**Primera Fecha de Desalojo** 3/24/25

## NOTIFICACION DE DESALOJO - 14 DIAS

A los inquilinos y subinquilinos citados arriba:

El tribunal ha emitido una orden de desalojo por la cual, de no desocupar el lugar indicado arriba dentro de CATORCE DÍAS después de la fecha de la presente notificación, PODRÍAN DESALOJARLO SIN PREVIO AVISO A PARTIR DEL DÍA HÁBIL SIGUIENTE, a contar de lunes a viernes excepto los días festivos oficiales.

### ¿CÓMO DETENGO EL DESALOJO?

- La ÚNICA forma es con un dictamen que emita el tribunal antes del desalojo (1) que lo suspenda temporalmente o (2) que desestime una orden judicial por impago o después de realizar depósito o saldar el alquiler ante el tribunal.
- Podrá solicitar dicho dictamen en la Sala de Asuntos entre Propietario e Inquilino en el tribunal civil de su municipio. Vea los datos de contacto de los tribunales en el enlace al pie de página.
- De ser concedido dicho dictamen, una suspensión temporera detendrá el desalojo hasta que venza o bien lo desestime el tribunal.

### ¿CÓMO PODRÍAN DESALOJARME?

- De hacer caso omiso a esta notificación, podrían desalojarlo sin previo aviso.
- Si el tribunal ya dictaminó que lo desalojen por impago o incumplimiento de dicha orden en fecha determinada, podrían desalojarlo sin previo aviso.

### ¿DÓNDE CONSIGO AYUDA?

- La ciudad ofrece servicios legales gratis a inquilinos con amenaza de desalojo. Llame al 718-557-1379 y averigüe cómo conseguirla. Se dispone de interpretación gratis.
- Si depende de alguien en el servicio militar de los Estados Unidos, proteja sus derechos al informárselo enseguida al secretario del tribunal, cuyos datos de contacto aparecen en el enlace al pie de página.
- El Departamento de Servicios Sociales (Department of Social Services) podría ayudarle con los pagos atrasados y demás asuntos. Infórmese por el 718-557-1399 o el 311. Se dispone de interpretación gratis.

**More Information / Más información en**
nyc.gov/doi/evictions (212) 709-7900

---

驱逐通知 - 更多信息
Уведомление о выселении: дополнительная информация
উচ্ছেদের সমন – আরও তথ্যের জন্য
إشعار إخلاء – مزيد من المعلومات
اخلاء کا نوٹس - مزید معلومات

驱逐通知 - 更多資訊
Avi Konsènan Degèpisman: plis enfòmasyon
퇴거 통지 – 자세한 정보
Avis d'expulsion: plus d'informations
Powiadomienie o eksmisji: dodatkowe informacje

† The date of this notice shall be on or after the date the notice is served on respondent..
† La presente notificación está fechada a partir del día de entrega al demandado

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
*TRIBUNAL CIVIL DE LA CIUDAD DE NEW YORK*
*CONDADO DE* NEW YORK

MARSHAL'S DOCKET NO. 35875

COMMERCIAL

**Petitioner**
*Landlord*

THE CITY OF NEW YORK

against

**Respondent**
*Tenant*

JOHN DOE
207 ELIZABETH ST. AKA W/S/O ELIZABETH ST. 217 N/O N/W/C/O ELIZABETH SPRING STS A/K/A THE
APT#: ELIZABETH STREET GARDENS, WHICH IS SITUATED WITHIN THE
NEW YORK NY 10012
TERRITORIAL JURISDICTION OF THE CIVIL COURT OF
NEW YORK, COUNTY OF NEW YORK, CITY AND STATE OF NEW YORK, 10012
SAID PREMISES IS IDENTIFIED ON THE NEW YORK CITY TAX MAP AS
BLOCK 493, LOT 30, FORMERLY PART OF BLOCK 493, LOT 41

**Respondent**
*Undertenant*



City Marshal
**GARY H. ROSE #81**
**2426 RALPH AVENUE**
Brooklyn, NY 11234
Tel: 718.645.2100

## NOTICE OF EVICTION – 14 DAYS

To the above tenant(s) and undertenant(s):

The Court has issued a warrant of eviction. If you do not vacate the location listed above within FOURTEEN DAYS after the date of this notice, YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE ON THE FOLLOWING BUSINESS DAY or on any business day after. "Business Days" are Monday through Friday except legal holidays.

**HOW CAN I STOP THIS EVICTION?**
- The ONLY way you can stop this eviction is with a Court order prior to eviction that (1) temporarily stays your eviction, or (2) vacates a warrant for the non-payment of rent, after a deposit or payment with the Court of the full rent due.
- You may apply for such an order at the Civil Court, Landlord-Tenant part, in your borough. Contact information for the Courts is available at the link below.
- If granted, a temporary stay will stop this eviction until the stay expires or is vacated by the Court.

**HOW CAN I BE EVICTED?**
- If you do nothing in response to this notice, you may be evicted without further notice.
- If a Court has already ordered that you be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

**HOW CAN I GET HELP?**
- New York City provides free legal services for tenants facing eviction. Call 718-557-1379 for information about how to access free legal assistance. Free interpretation services are available.
- If you are dependent upon a person in the military service of the United States, let the clerk of the Court know immediately in order to protect your rights. Contact information for the Clerk is available at the link below.
- The Department of Social Services may be able to help you with back payments or other assistance. Call 718-557-1399 or 311 for information. Free interpretation services are available.

## NOTIFICACION DE DESALOJO – 14 DIAS

A los inquilinos y subinquilinos citados arriba:

El tribunal ha emitido una orden de desalojo por la cual, de no desocupar el lugar indicado arriba dentro de CATORCE DÍAS después de la fecha de la presente notificación, PODRÍAN DESALOJARLO SIN PREVIO AVISO A PARTIR DEL DÍA HÁBIL SIGUIENTE, a contar de lunes a viernes excepto los días festivos oficiales.

**¿CÓMO DETENGO EL DESALOJO?**
- La ÚNICA forma es con un dictamen que emita el tribunal antes del desalojo (1) que lo suspenda temporalmente o (2) que desestime una orden judicial por impago o después de realizar depósito o saldar el alquiler ante el tribunal.
- Podrá solicitar dicho dictamen en la Sala de Asuntos entre Propietario e Inquilino en el tribunal civil de su municipio. Vea los datos de contacto de los tribunales en el enlace al pie de página.
- De ser concedido dicho dictamen, una suspensión temporera detendrá el desalojo hasta que venza o bien lo desestime el tribunal.

**¿CÓMO PODRÍAN DESALOJARME?**
- De hacer caso omiso a esta notificación, podrían desalojarlo sin previo aviso.
- Si el tribunal ya dictaminó que lo desalojen por impago o incumplimiento de dicha orden en fecha determinada, podrían desalojarlo sin previo aviso.

**¿DÓNDE CONSIGO AYUDA?**
- La ciudad ofrece servicios legales gratis a inquilinos con amenaza de desalojo. Llame al 718-557-1379 y averigüe cómo conseguirla. Se dispone de interpretación gratis.
- Si depende de alguien en el servicio militar de los Estados Unidos, proteja sus derechos al informárselo enseguida al secretario del tribunal, cuyos datos de contacto aparecen en el enlace al pie de página.
- El Departamento de Servicios Sociales (Department of Social Services) podría ayudarle con los pagos atrasados y demás asuntos. Infórmese por el 718-557-1399 o el 311. Se dispone de interpretación gratis.

**Date of Notice/Fechada†** Friday March 07, 2025
**Earliest Eviction Date/** 3/24/25
**Primera Fecha de Desalojo**

More Information / Más información en
nyc.gov/doi/evictions (212) 709-7900

驱逐通知 – 更多信息
Уведомление о выселении: дополнительная информация
উচ্ছেদের সমন – আরও তথ্যের জন্য
إشعار إخلاء – مزيد من المعلومات
انخلاء کا نوٹس – مزید معلومات

驅逐通知 – 更多資訊
Avi Konsènan Degèpisman: plis enfòmasyon
퇴거 통지 – 자세한 정보
Avis d'expulsion: plus d'informations
Powiadomienie o eksmisji: dodatkowe informacje

† The date of this notice shall be on or after the date the notice is served on respondent..
† La presente notificación está fechada a partir del día de entrega al demandado

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
*TRIBUNAL CIVIL DE LA CIUDAD DE NEW YORK*
*CONDADO DE* NEW YORK

INDEX NO. 308120/21-35875

MARSHAL'S DOCKET NO.

COMMERCIAL

**Petitioner**
*Landlord*

THE CITY OF NEW YORK

against

**Respondent**
*Tenant*

JANE DOE
207 ELIZABETH ST.   AKA W/S/O ELIZABETH ST. 217 N/O N/W/C/O ELIZABETH SPRING STS A/K/A THE
APT#: ELIZABETH STREET GARDENS, WHICH IS SITUATED WITHIN THE
NEW YORK            NY    10012
TERRITORIAL JURISDICTION OF THE CIVIL COURT OF
NEW YORK, COUNTY OF NEW YORK, CITY AND STATE OF NEW YORK, 10012
SAID PREMISES IS IDENTIFIED ON THE NEW YORK CITY TAX MAP AS
BLOCK 493, LOT 30, FORMERLY PART OF BLOCK 493, LOT 41

**Respondent**
*Undertenant*

City Marshal
**GARY H. ROSE #81**
**2426 RALPH AVENUE**
Brooklyn, NY 11234
Tel: 718.645.2100

---

## NOTICE OF EVICTION - 14 DAYS

To the above tenant(s) and undertenant(s):

The Court has issued a warrant of eviction. If you do not vacate the location listed above within FOURTEEN DAYS after the date of this notice, YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE ON THE FOLLOWING BUSINESS DAY or on any business day after. "Business Days" are Monday through Friday except legal holidays.

**HOW CAN I STOP THIS EVICTION?**
- The ONLY way you can stop this eviction is with a Court order prior to eviction that (1) temporarily stays your eviction, or (2) vacates a warrant for the non-payment of rent, after a deposit or payment with the Court of the full rent due.
- You may apply for such an order at the Civil Court, Landlord-Tenant part, in your borough. Contact information for the Courts is available at the link below.
- If granted, a temporary stay will stop this eviction until the stay expires or is vacated by the Court.

**HOW CAN I BE EVICTED?**
- If you do nothing in response to this notice, you may be evicted without further notice.
- If a Court has already ordered that you be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

**HOW CAN I GET HELP?**
- New York City provides free legal services for tenants facing eviction. Call 718-557-1379 for information about how to access free legal assistance. Free interpretation services are available.
- If you are dependent upon a person in the military service of the United States, let the clerk of the Court know immediately in order to protect your rights. Contact information for the Clerk is available at the link below.
- The Department of Social Services may be able to help you with back payments or other assistance. Call 718-557-1399 or 311 for information. Free interpretation services are available.

**Date of Notice/Fechada†**
Friday, March 07, 2025

**Earliest Eviction Date/**
**Primera Fecha de Desalojo** 3/24/25

## NOTIFICACION DE DESALOJO - 14 DIAS

A los inquilinos y subinquilinos citados arriba:

El tribunal ha emitido una orden de desalojo por la cual, de no desocupar el lugar indicado arriba dentro de CATORCE DÍAS después de la fecha de la presente notificación, PODRÍAN DESALOJARLO SIN PREVIO AVISO A PARTIR DEL DÍA HÁBIL SIGUIENTE, a contar de lunes a viernes excepto los días festivos oficiales.

**¿CÓMO DETENGO EL DESALOJO?**
- La ÚNICA forma es con un dictamen que emita el tribunal antes del desalojo (1) que lo suspenda temporalmente o (2) que desestime una orden judicial por impago o después de realizar depósito o saldar el alquiler ante el tribunal.
- Podrá solicitar dicho dictamen en la Sala de Asuntos entre Propietario e Inquilino en el tribunal civil de su municipio. Vea los datos de contacto de los tribunales en el enlace al pie de página.
- De ser concedido dicho dictamen, una suspensión temporera detendrá el desalojo hasta que venza o bien lo desestime el tribunal.

**¿CÓMO PODRÍAN DESALOJARME?**
- De hacer caso omiso a esta notificación, podrían desalojarlo sin previo aviso.
- Si el tribunal ya dictaminó que lo desalojen por impago o incumplimiento de dicha orden en fecha determinada, podrían desalojarlo sin previo aviso.

**¿DÓNDE CONSIGO AYUDA?**
- La ciudad ofrece servicios legales gratis a inquilinos con amenaza de desalojo. Llame al 718-557-1379 y averigüe cómo conseguirla. Se dispone de interpretación gratis.
- Si depende de alguien en el servicio militar de los Estados Unidos, proteja sus derechos al informárselo enseguida al secretario del tribunal, cuyos datos de contacto aparecen en el enlace al pie de página.
- El Departamento de Servicios Sociales (Department of Social Services) podría ayudarle con los pagos atrasados y demás asuntos. Infórmese por el 718-557-1399 o el 311. Se dispone de interpretación gratis.

More Information / Más información en
nyc.gov/doi/evictions (212) 709-7900

驱逐通知 - 更多信息
Уведомление о выселении: дополнительная информация
উচ্ছেদের সমন – আরও তথ্যের জন্য
إشعار إخلاء – مزيد من المعلومات
انخلاء کا نوٹس – مزید معلومات

驅逐通知 - 更多資訊
Avi Konsènan Degèpisman: plis enfòmasyon
퇴거 통지 – 자세한 정보
Avis d'expulsion: plus d'informations
Powiadomienie o eksmisji: dodatkowe informacje

† The date of this notice shall be on or after the date the notice is served on respondent..
† La presente notificación está fechada a partir del día de entrega al demandado

4 of 4