UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH REIVER,<br><br>     Plaintiff,<br>v.<br>THE CITY OF NEW YORK,<br><br>     Defendant. | 25-cv-01376 (MKV)(GS) |

**MICHAEL SANDLER**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

I.  **INTRODUCTION**

  1.  I am Associate Commissioner for the Office of Neighborhood Strategies at the Department of Housing Preservation and Development ("HPD") of the City of New York ("City"). HPD is the mayoral agency responsible for improving the availability, affordability and quality of housing in the City, a mission which includes promoting housing equality and creating and sustaining viable neighborhoods for New Yorkers. I am charged with ensuring that HPD's development and preservation efforts include meaningful engagement and work to ensure that HPD investments contribute to broad community objectives and strengthen the social, economic and physical health of neighborhoods, anchored by affordable housing. I am also responsible, among other things for helping to identify, develop, and communicate HPD priority initiatives and policies and ensuring that they are successfully implemented in close partnership with the HPD Commissioner and senior team.

  2.  I have worked in the housing field – specifically in New York City – for more than 10 years. I have been with HPD since 2015, when I joined the Office of Neighborhood Strategies as a Senior Planner. Through successive roles at HPD I have led the implementation of

neighborhood-based planning projects, including comprehensive neighborhood plans and rezonings, as well as tenant and homeowner protection efforts undertaken in partnership with community-based organizations.

3.     I currently oversee the development of affordable housing on City-owned property citywide. My team analyzes properties within the jurisdiction of HPD or other City agencies to determine whether these properties could accommodate housing development; identifies development plans through competitive Requests for Proposals and other processes; and secures the necessary project approvals through the City Environmental Quality Review ("CEQR")[1] and Uniform Land Use Review Procedure ("ULURP"). I also oversee public and stakeholder engagement for Where We Live NYC,[2] the City's comprehensive fair housing planning process.

4.     Prior to my role at HPD I served as a Senior Planner for the Manhattan Borough President, advising on land use and planning matters. I received a Masters of Urban Planning from New York University's Wagner Graduate School of Public Service with a focus on housing and economic development.

5.     Through my position in HPD, I have been closely involved in the development of the Haven Green project ("Haven Green"), which is designed to develop approximately 123 units of affordable housing for senior citizens on 199-207 Elizabeth Street (Block 493, Lot 30), an approximately 20,265 square foot lot in the NoLIta neighborhood in lower Manhattan ("Site").

6.     I submit this declaration on behalf of the City and in opposition to Plaintiff's request for a temporary restraining order and preliminary injunction seeking to temporarily restrain and

---

[1] CEQR is the New York City counterpart to the National Environmental Protection Act.
[2] A copy of the Where We Live NYC report is available at https://wherewelive.cityofnewyork.us/wp-content/uploads/2025/01/WWL-24-Progress-Report.pdf  (last visited March 12, 2025).

2

"enjoin [the City] from violating plaintiff's rights under the Visual Artist Rights Act (VARA), 17 U.S.C. §106A[.]" *See* Order to Show Cause (ECF Dkt. 12).

7. This Declaration is based on my experience and knowledge of Haven Green, my review of documents in connection with Haven Green, and my conversations with people involved with Haven Green.

## II.  The City's Housing Blueprint and other relevant plans

8. A top priority of the Adams administration is to address the housing affordability crisis in the City, in which increasing numbers of New Yorkers are struggling to afford to live in the City. Affordable housing is critical to the City's future, yet over recent decades, the City's housing stock has not grown in relation to the growth in our economy and increases in income have failed to keep pace with increases in rental costs. As a result, most New Yorkers spend an unacceptably high proportion of their income on housing, leaving too little for other basic needs.

9. According to the 2023 New York City Housing Vacancy Survey Selected Findings ("2023 HVS")[3] the net rental vacancy rate in 2023 for all housing accommodations in New York City was 1.41 percent. *See* 2023 HVS at 21. The net rental vacancy rate at the lowest rent levels is even closer to zero. For units renting for less than $1,100 (the bottom quartile of rents in 2023), it was 0.39 percent. *Id*. For units renting for $1,100 to $1,649 (the second quartile), it was 0.91 percent. *Id*. Extremely low vacancy rates for apartments with rents achievable to working families leads to extreme competition for vacant units, driving rents up further. As families and individuals fight to pay the rent, many find themselves subject to gentrification and displacement pressures, stuck in overcrowded or unsafe conditions, confined to neighborhoods they would not otherwise choose, or even forced into homelessness.

---

[3] 2023 HVS is available at https://www.nyc.gov/assets/hpd/downloads/pdfs/about/2023-nychvs-selected-initial-findings.pdf (last visited March 12, 2025).

10.     As a general matter, rental housing is considered affordable if the household pays no more than 30 percent of its gross annual income on rent and utilities. In 2023, the typical renter household in New York City paid 29.5 percent of their household income toward housing costs, down from 34.3 percent in 2021. *See* HVS at 55. This citywide measure includes all renter households, regardless of income or rent and therefore obscures the continued high levels of rent burden experienced by low-income renters. In 2023, for renter households earning less than $70,000 (the median household income of renters), the typical rent-to-income ratio is 54.0 percent. *Id.* Said another way, the typical renter household in 2023 was severely rent burdened or paying more than half of their household income toward housing costs.

11.     To address the affordable housing crisis, and this imbalance between demand and supply, in June 2022, the City issued Housing Our Neighbors: A Blueprint for Housing and Homelessness ("Housing Blueprint").[4] Crafted in direct collaboration and coordination with New Yorkers who have experienced homelessness, this plan represents the first City housing plan to build on the creation and preservation of affordable housing with transformative reforms for the New York City Housing Authority ("NYCHA") as well as the elimination of paperwork and processes that retraumatize New Yorkers and families as they find a home they can afford.

12.     The Housing Blueprint builds on previous City housing plans, including Housing New York: A Five-Borough, Ten-Year Plan, a comprehensive plan to build and preserve 200,000 units of affordable housing ("the original Housing New York plan"), released in May 2014.[5] At its time the original Housing New York Plan was the most comprehensive affordable housing plan in the City's history and largest municipal housing plan in the nation. It's goal was to help address

---

[4] The Housing Blueprint is available at https://www.nyc.gov/assets/home/downloads/pdf/office-of-the-mayor/2022/Housing-Blueprint.pdf (last visited March 12, 2025).
[5] The original Housing New York Plan is available at https://www.nyc.gov/html/housing/assets/downloads/pdf/housing_plan.pdf (last visited March 12, 2025).

4

the City's affordability crisis by reaching more than half a million New Yorkers, ranging from those with extremely low incomes to those in the middle class, who face ever-rising rents.

13. In October 2017, the de Blasio Administration updated the original Housing New York plan ("updated Housing New York plan")[6] to increase its construction and preservation goals by an additional 100,000 homes, bringing the total goal to 300,000 affordable units. The updated Housing New York plan also includes programs that will aid homeowners, tenants in existing affordable housing, and seniors.

14. The Housing Blueprint identifies several guiding principles and key components and outlines nearly 250 specific actions. The Housing Blueprint focuses on dramatically increasing and accelerating all types of housing production, especially affordable housing, in all neighborhoods – especially neighborhoods where little new housing has been created over the last 20 years. *See* Housing Blueprint plan, at 59.

15. To implement the Housing Blueprint, the Adams Administration advanced and the New York City Council enacted the "City of Yes for Housing Opportunity" citywide zoning text amendments. These zoning changes allow a little more housing in every neighborhood across the City, from the lowest density areas to the highest. Components include larger buildings for affordable housing across all medium- and high-density districts; relegalizing 3-5-story housing in low-density commercial districts and large sites near transit; introducing accessory dwellings ("ADUs") for 1- and 2-family homes; enabling conversions of offices to housing citywide; eliminating or reducing parking mandates citywide; and much more. The zoning text amendments are projected to create over 80,000 more homes than would otherwise be created over the next 15 years.

---

[6] The updated Housing New York plan is available at https://www1.nyc.gov/assets/hpd/downloads/pdf/about/hny-2.pdf. (last visited March 12, 2025)

16. In addition to efforts to increase the overall supply of affordable and market rate housing, the City has prioritized the development of affordable homes on City-owned land through both Housing New York and the Housing Blueprint. HPD is consistently evaluating its inventory of vacant and underutilized City-owned properties to find sites that are appropriate for the development of low-income housing. In August 2014, Mayor Adams issued Executive Order 43[7] to further prioritize city agencies to allow for the creation of affordable housing on publicly controlled land. As part of this work, the number of vacant and underutilized lots in HPD's jurisdiction has decreased from 1,009 to 742 lots. This decrease in vacant and underutilized lots is largely due to the conveyance of lots to developers for affordable housing development

17. While creation of affordable housing is important citywide, recent City housing policy has focused particularly on expansion of new housing creation in amenity- and transit-rich areas and neighborhoods with limited availability of low-cost housing. Beginning in 2017, the City undertook extensive analysis and invited wide public participation to better understand how fair housing challenges like segregation, housing discrimination, and lack of access to thriving neighborhoods affect New Yorkers and how the City can eliminate barriers to fair housing. The project led to Where We Live NYC ("Where We Live"),[8] the City's comprehensive fair housing plan, released in 2020. The plan identified the high cost of housing as a major contributor to housing discrimination and segregation. Where We Live at 46. The plan also identified inequitable development patterns – where only a few neighborhoods account for the vast majority of all market rate and affordable housing production – as further contributing to a lack of housing choice for

---

[7] Executive Order 43 is available at https://www.nyc.gov/assets/home/downloads/pdf/executive-orders/2024/eo-43.pdf (last visited March 11, 2025).
[8] A copy of Where We Live is available at https://www.nyc.gov/assets/hpd/downloads/pdfs/wwl-plan.pdf (last visited March 12, 2025).

New Yorkers, especially New Yorkers that are members of classes protected by the Fair Housing Act and state and local human rights laws. *Id*. at 46.

18.  Where We Live identified six fair housing goals for the City, including Goal 2: Facilitate equitable housing development in New York City and the region. *Id*. at 192. In order to achieve this goal, Where We Live calls on the City to redevelop public property in amenity-rich neighborhoods with affordable housing for extremely low- and very low-income households, homeless, and other special needs populations. *Id*. at 194.

### III.  Community District 2's Need for Affordable Housing

19.  While the Housing Blueprint aims to create and preserve affordable housing across the City, the amount of affordable housing created or preserved has thus far varied between community districts. The proposed development challenged by Petitioners is located in Manhattan Community District 2. Since the Housing New York plan launched in 2014, the City has facilitated the creation of only 300 affordable units in this community district. However, this figure includes Inclusionary Housing and 421-a-only projects which did not receive any financing and which typically serve higher incomes. If as-of-right projects are not included in this count, HPD has financed just *one* new construction project with 176 units in Community District 2 since 2014.[9]

20.  The City's senior population is growing. Since 1991, the number of older adults has increased by almost 50 percent. At the same time, senior households have significantly lower incomes than the rest of the City. In 2023, the median household income in NYC across all ages was $80,000, but among households with one or more older adult, it was $53,000. In 2023, older

---

[9] *See* Affordable Housing Production by Building | NYC Open Data (last visited March 12, 2025)

7

adults who lived alone had a median income from all sources of just $22,900. That's equivalent to about $63 a day or about $1,900 a month.[10]

21. Among older adult renters, 52 percent are rent burdened—that is, they are paying more than 30 percent of their monthly income toward rent, plus any utility costs they are responsible for. This includes 36 percent of older adults who are severely rent burdened, or paying more than half of their monthly income on housing, and an additional 16 percent who are moderately rent burdened or paying less than half, but more than 30 percent of income toward rent. [11]Further, an estimated 300,000 seniors are on the waiting list for federally-funded affordable senior housing in New York City, a 50% increase since 2016, and the average wait time for a unit is seven years. Furthermore, the number of homeless individuals age 65+ has increased an average of 10% each year since 2014.[12] [13]

IV.   **Haven Green Development and Haven Green Site**

22. The City identified the Site, a through-block lot located at 199-207 Elizabeth Street/222-230 Mott Street, as a possible location for future affordable housing development in 2012. It is a large City-owned site suitable for housing, located near public transportation. Subway stops on the J, Z, and F lines are two blocks away; a 6 train subway stop is three blocks away; and subway stops for the N and R lines are about five blocks away. The M103 bus line is one block away. HPD owns very little land in the surrounding community, so it was at the time one of very

---

[10] *See Center for Research on Housing Opportunity, Mobility, and Equity (HOME)* 2024: Older Adults in New York City. https://www.nyc.gov/assets/cabinetforoldernewyorkers/downloads/pdf/Older-Adults-in-New-York-City-Report.pdf (last visited March 12, 2025).
[11] *Id*.
[12] *Id.*
[13] *See* Luis Ferré-Sadurní, *A Lush Urban Garden or Senior Citizen Housing: Which Would You Choose?* N.Y. TIMES, (Mar. 7, 2019, available at https://www.nytimes.com/2019/03/07/nyregion/garden-little-italy-senior-housing.html; Gina Bellafante, *How Much Green Space Can We Afford During a Housing Crisis?* N.Y. TIMES (Mar. 15, 2019) *available at* https://www.nytimes.com/2019/03/15/nyregion/how-much-green-space-can-we-afford-during-a-housing-crisis.html; Sally Goldenberg**,** *The Senior Housing Crises*, POLITICO (Feb. 29, 2016), *available at* https://www.politico.com/states/new-york/city-hall/story/2016/02/the-senior-housing-crisis-031725

few opportunities for affordable housing creation in lower Manhattan. As part of the approval process for the Seward Park Mixed Use Development Project, Mayor Bloomberg committed to redevelop this site as senior housing as a follow-up action .*See* Exhibit "Q."

23.     Since 1991, the Site has been subject to a month-to-month lease issued by the City to Elizabeth Street, Inc., a neighboring commercial property owner of 209 Elizabeth Street (Block 493, Lot 21). The Site is adjacent to an art gallery. The lease specifies that the premises be used for "no other purpose than storage of sculptures and any as of right use." *See* Declaration of Genan F. Zilkha, Exhibit "A." For decades, the Site was used for storage of sculptures and as a private outdoor sculpture garden accessible only via the neighboring art gallery.

24.     Since the City's plans to develop the Site as future affordable housing emerged in 2013, the lessee has provided limited public access to the Site, which the lessee has held out to the public as "the Elizabeth Street Garden." On information and belief, upkeep and public access to the Site was first managed by Friends of Elizabeth Street Garden Inc., a volunteer-based not for-profit group that formed in 2014 to advocate for the continued use of the Site as green space. In 2016, a separate nonprofit headed by the Plaintiff took over the management of the Site; this group is known as Elizabeth Street Garden Inc.

25.     In 2016, after hosting public workshops about the Site, HPD issued a competitive Request for Proposals ("RFP") to develop affordable housing for seniors and publicly accessible open space on the Site.[14] In December 2017, HPD selected a development team composed of Pennrose, LLC, RiseBoro Community Partnership Inc. ("Riseboro"), and Habitat for Humanity NYC Fund, Inc. ("Habitat").

---

[14] See *Center for Research on Housing Opportunity, Mobility, and Equity (HOME)* 2024: Older Adults in New York City. https://www.nyc.gov/assets/cabinetforoldernewyorkers/downloads/pdf/Older-Adults-in-New-York-City-Report.pdf (last visited March 12, 2025).

26. While HPD conducted public workshops prior to issuing RFP, the selected development team conducted additional community and stakeholder engagement after selection to further inform Haven Green. In late spring 2018, the development team first presented its plans to Community Board 2. Between April and September 2018, the team held smaller meetings with community stakeholders, including Elizabeth Street Garden Inc., Friends of Elizabeth Street Garden Inc., Councilmember Margaret Chin, Borough President Gale Brewer, and other elected officials. Also in September 2018, the development team held a series of participatory design meetings in the local community. Over 850 emails were sent to community contacts for each of the four design meetings. Also as a part of this process, approximately 1,500 flyers were distributed throughout the neighborhood.

27. In Fall 2018, the development team issued a public participatory design process report, which captured the results from this inclusive, participatory design process. As a result of this process, the development team identified several key concepts and suggestions that recurred throughout the public input process, including the desirability of a grass lawn area, and the incorporation of native, drought-resistant plants that attract birds, butterflies, bees, and other wildlife.

28. In December 2018, the development team provided an updated presentation on Haven Green to Manhattan Community Board 2.

29. In the fall of 2018, the development team held three public meetings to inform the design and eventual programming of Haven Green.

30. In November 2018 Haven Green was certified by the City Planning Commission into the City's ULURP process. After an advisory disapproval recommendation from Community Board 2, Haven Green received an advisory recommendation of approval by the Borough

President. The City Planning Commission held public hearings on Haven Green.[15] Haven Green was approved by the City Planning Commission in April 2019 and by the City Council in June of 2019.

V.      **Haven Green**

31.     Haven Green includes the development of the Site into a mixed-used building, featuring approximately 123 affordable apartments for households that include at least one senior aged 62 and over, with an additional unit for the superintendent. Approximately seventy-three units will be developed for extremely low-, very low-, and low-income seniors (approximately 70% of the units); and approximately 50 units will be developed for formerly homeless seniors (approximately 30% of the units). *See* Exhibit "R." The affordability is targeted to those seniors earning no more than 30%, 40%, and 60% of the area median income. Affordability will be required and enforced pursuant to a 60-year regulatory agreement. In addition, the City expects to convey the Site subject to a right of reverter, reacquisition, or equivalent interest such that title to Haven Green will vest in the City upon expiration of the term of such regulatory agreement unless on or before such date the parties mutually agree to an additional term of affordability. Regardless of the resolution of the reverter and regulatory agreement, all units will remain rent stabilized.

32.     The building will have elevators, a critical amenity to senior citizens, who often have mobility issues. The City also expects that building residents will have access to a residential library, computer lab, and roof terrace, as well as a laundry room on each floor, exercise room and bike storage in the cellar, and a multi-purpose lounge room on the second level. RiseBoro is expected to provide onsite social services, programming, and case management for residents. The building will meet Uniform Federal Accessibility Standards and would also incorporate elements

---

[15] Plaintiff testified at the March 13th, 2019: City Planning Commission Public Hearing.

of Active and Universal Design to ensure safe and healthy homes for the senior residents.[16] The seven-story building will also include approximately 4,454 square feet of ground floor local retail, and approximately 12,885 square feet of community facility space.[17]

33. Habitat's New York City headquarters will occupy approximately 11,200 square feet of the aforementioned community facility space. From this office, Habitat will continue to pursue its mission to serve low and moderate-income New Yorkers across the City. Habitat expects to also provide on-site credit counseling and education services to residents and community members, as well as to manage the ongoing maintenance and programming for the publicly accessible open space provided on-site. A portion of the Habitat office is also expected to serve as a flexible workspace for community activities. The remaining portion of the 12,885 square feet not occupied by Habitat will be community facility space to provide additional services and support to the building, neighborhood, and community.

34. To ensure the sustainability of Haven Green, the building will be built to Passive House standards, which will reduce the building's utility expenses and carbon emissions. The building and any publicly accessible open space will also be designed to manage and reuse stormwater, through the use of permeable surfaces covering most of the open space and a rooftop rainwater harvesting system.

35. Haven Green will also include approximately 14,040 square feet of open space, which will be designed and programmed through a community engagement process. As originally conceived Haven Green was to include 6,700 of open space. In addition to this open space, Haven Green is planned to include 1,700 square feet of covered publicly accessible space, via a public

---

[16] *See* Haven Green Environmental Assessment Statement CEQR No. 18HPD105M, available at https://cbmanhattan.cityofnewyork.us/cb2/wp-content/uploads/sites/9/2020/04/Haven-Green-Environmental-Assessment-Statement.pdf (last visited March 12, 2025).
[17] *Id.*

breezeway that will connect Elizabeth Street to the outdoor open space. In an effort to provide even more open space, HPD and the Haven Green developers collaborated with the owner of the neighboring affordable housing development Little Italy Restoration Apartments ("LIRA") to expand into a portion of LIRA's courtyard. Negotiations were successful and the Haven Green and LIRA teams plan to execute a Memorandum of Understanding to enter into a long-term ground lease to nearly double the public open space by adding approximately 7,340 square feet, bringing the total public open space associated with Haven Green to approximately 14,040 square feet.

36. This open space will be open to the public, with consistent hours of operation, and will feature community-led programming. The outdoor open space is expected to include vibrant gardens, space for seating and relaxation, shaded and sunny areas, and public art. Haven Green's commercial space income will support maintenance costs for this public open space.[18]

### VI. Development of the Site After Eviction

37. Once the City gains access to the site, construction fencing with public art murals will be installed and the City will commence with Haven Green's predevelopment due diligence. Upon eviction, which is scheduled to occur on or about March 24, 2025, Plaintiff will be granted 30 days to retrieve all statuary and other items.

38. During this 30-day period, license agreements between the development team and the City will be executed granting permission to begin the environmental testing as well as the geotechnical borings that will determine the final designs for Haven Green.

39. After geotechnical work is complete and designs are finalized, Haven Green's designs will be reviewed by HPD to confirm they comply with the Agency's design guidelines for accessibility, suitable living space, and light. During this predevelopment period, HPD will also

---

[18] HPD's Press Release for Haven Green, explaining the proposed open space, is available at https://wwwl.nyc.gov/site/hpd/about/press-releases/2017/12/12-08-17 (last visited March 12, 2025).

work with the development team to ensure that all needed permits are in place to begin construction, Haven Green budget will be finalized, and all legal documents needed for construction loan closing will be drafted. Assuming all pre-development work goes as anticipated, it will take approximately 9 months from the time geotechnical work begins to close on the construction loan financing.

40. Following the construction loan closing, the estimated construction timeline is approximately two years. As with all construction projects, this timeline is subject to change pending any unforeseen construction conditions.

41. Around the time of construction completion, Haven Green will begin marketing the units on Housing Connect and processing homeless placement referrals to ensure that all 123 units are filled as soon as possible upon construction completion.

## VII. Consideration of Additional Locations

42. Plaintiff alleges that the City should be developing an alternate City-owned site in Community District 2, at 388 Hudson Street, 2 Howard Street, 271 Bowery, and other undefined "Potential City council D1 Site(s)" rather than the Site for affordable senior housing.

43. Plaintiffs are simply wrong on the facts about many of the sites, and regardless of the developability of alternate sites the City is advancing dozens of affordable housing developments at any given time. There is a need for more than a single affordable housing development in this vicinity, as evidenced by the myriad strategies that the City is pursuing to solve the affordability crisis, outlined above.

44. The alternative site referenced by Petitioners on Hudson Street is controlled by the Department of Environmental Protection ("DEP"). HPD coordinated with DEP to release a request for proposals for a 100% affordable housing project on a portion of the site on February 14, 2025.

The other portion of the DEP site contains a critical water system access shaft. That portion of the site will be converted to publicly-accessible open space by the Parks Department and DEP.

45. 2 Howard Street is a federally owned site, not a site controlled by the City. Thus it is not available for City-led development for affordable housing.

46. 271 Bowery is a 1,730 square foot lot with few remaining development rights after an agreement allowing the adjacent owner to utilize development rights from the property. Regardless of the availability of development rights, the lot is 22 feet wide and surrounded on both sides by tall buildings. It is too small to build any housing, let alone to feasibly develop affordable housing with nearly 150 units, and in no way comparable to the Haven Green site.

47. Plaintiff further alleges that they have "worked with Councilmember Christopher Marte's office on a proposal involving privately owned sites that could each provide 123 or more affordable housing units" and that the owners of these sites are ready and willing to pursue a proposal. HPD has never received a project proposal from Plaintiff or the site owner for any of these alleged sites.

48. A zoning analysis was shared with Mayor Adams, showing a site at 156-166 Bowery, which through a rezoning could potentially accommodate a similar number of senior housing units as Haven Green. HPD is open to reviewing feasible private-site proposals for affordable housing that meet our loan program requirements, but such proposals are not replacements for public site RFPs such as Haven Green for a number of reasons. Haven Green is fully entitled, having already completed the ULURP process and corresponding environmental review. A potential new project, especially one that requires a rezoning, is many years away from the level of project readiness as Haven Green. Determining whether an affordable housing project is viable requires more than a zoning analysis. HPD's new project intake process involves review

of budgets, organizational charts for the entities who would pursue the development, same floor plans and conceptual building designs, and other factors.

## CONCLUSION

49. Haven Green will benefit the public and will provide much needed affordable housing and permanent, accessible open space. Thus, Plaintiff's request for a temporary restraining order and preliminary injunction should be denied.

Dated:   New York, New York
         March 12, 2025

*/s/ Michael Sandler*

**MICHAEL SANDLER**