# McLaughlin & Stern, LLP

**Founded 1898**

**Steven J. Hyman**
Partner
shyman@mclaughlinstern.com
Direct Phone: (212) 448-6228

260 Madison Avenue
New York, New York 10016
(212) 448–1100
Fax (212) 448–0066
www.mclaughlinstern.com

Garden City, New York
Millbrook, New York
Westport, Connecticut
West Palm Beach, Florida
Naples, Florida
Sarasota, Florida
Westfield, New Jersey

March 14, 2025

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

Re: Joseph Reiver v. The City of New York
<u>Case No. 25-cv-01376</u>

Dear Judge Vyskocil:

Counsel for plaintiff and defendant jointly request that the witness list and exhibit list deadline be extended to 4pm today.

Thank you for your courtesy.

Sincerely,

Steven J. Hyman

cc: Genan Zilkha (via email)

{N0801877.1}