# MCLAUGHLIN & STERN, LLP

**FOUNDED 1898**

| | | |
|---|---|---|
| STEVEN J. HYMAN<br>Partner<br>shyman@mclaughlinstern.com<br>Direct Phone: (212) 448-6228 | 260 MADISON AVENUE<br>NEW YORK, NEW YORK 10016<br>(212) 448-1100<br>FAX (212) 448-0066<br>www.mclaughlinstern.com | GARDEN CITY, NEW YORK<br>MILLBROOK, NEW YORK<br>WESTPORT, CONNECTICUT<br>WEST PALM BEACH, FLORIDA<br>NAPLES, FLORIDA<br>SARASOTA, FLORIDA<br>WESTFIELD, NEW JERSEY |

March 18, 2025

<u>VIA ECF & Messenger</u>
Honorable Mary Kay Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

      Re: Joseph Reiver v. The City of New York
      <u>Case No. 25-cv-01376</u>

Dear Judge Vyskocil:

  In accordance with your Honor's Order of March 18, 2025, requiring the filing of new exhibits identified plaintiff's March 14, 2025 submission and that are not already before this Court, plaintiff submits herewith the following:

1) Exhibit B - Link NYC promotion of Elizabeth Street Garden;
2) Exhibit C-1 Resume of Sara Cedar Miller;
3) Exhibit C-2 Resume of Mara Miller;
4) Exhibit C-3 Resume of Noah Chasin;
5) Exhibit D Images of other gardens, *e.g.*
    a) Suzhou Museum Garden – I.M. Pei
    b) Suzhou Garden of Unsuccessful Politician
    c) Astor Court Garden at Metropolitan Museum New York
    d) Ryoanji Japanese Garden
    e) Shofuso Japanese Garden (Philadelphia)

All of these are concurrently filed through the ECF filing system.

  The non-traditional exhibits, e.g. videos, photos, and links to the websites of Holliday Park Foundation (Indianapolis) https://www.hollidaypark.org/ and Watts Towers (Los Angeles) https://www.wattstowers.org/ cannot be submitted through the ECF filing system. Accordingly, they are downloaded to the USB stick, included herewith. (Plaintiff yesterday forwarded links to these documents to counsel for defendant. Plaintiff will be serving defendant with a copy of the USB stick.)

Separately, plaintiff advises the Court that the videos and photos are accessible as follows:

Videos:

https://drive.google.com/file/d/1PHs6meSLUhKRCIdsB8Vj9BJWiqBD9u9s/view?usp=drivesdk

https://drive.google.com/file/d/1loRMngpPFm2yPdc7yPVUuQJJDniEftfV/view?usp=drivesdk

Photos: (Both still shots of current structural and statues elements and of representative events held at Elizabeth Street Garden):

https://drive.google.com/drive/folders/1-MP9ADrPcd2kNHb5ltoKhv3PdjY7wOn0

Respectfully submitted,

Steven J. Hyman
MCLAUGHLIN & STERN, LLP

Norman Siegel
SIEGEL TEITELBAUM
& EVANS, LLP
Attorneys for Plaintiff

cc: Genan F. Zilkha, Esq.
    Assistant Corporation Counsel
    Attorneys for Defendant