# EXHIBIT C-2

# CURRICULUM VITAE

# MARA MILLER

e-mail: maramiller3@gmail.com                                    www.maramiller.info

## EDUCATIONp

Ph.D., Yale University, Philosophy; dissertation: *Gardens as Works of Art*; Rulon Wells, Advisor
M.A., M.S., Yale University, Philosophy
M.A., University of Michigan, Japanese Studies; art history thesis on female literati (*bunjinga/ nanga*) painter, "Ikeno Gyokuran: Woman Artist of the 18th Century." M.A. Thesis, 1976. Cal French, Advisor
B.A., Cornell University, College Scholar in Asian Studies ("Visual & Linguistic Symbol Systems in Asia")

## LANGUAGES: Japanese, French, German (some Latin, Tamil, and Pali)

## EMPLOYMENT and PROFESSIONAL FELLOWSHIPS (See also "Consulting," below.)

| | |
|---|---|
| 2017-25 | Visiting Scholar, University of Hawaii at Manoa, Center for Biographical Research, Department of English, College of Arts and Humanities |
| 2010-2025 | Affiliate, Center for Japanese Studies, University of Hawaii at Manoa |
| 2015-2019 | Faculty Lecturer, University of Hawaii at Manoa, East Asian Languages and Literatures Department: |
| |        Pre-Modern Japanese Literature: Fiction and Diaries (300 level) |
| |        Pre-Modern Japanese Literature: Poetry & Drama (300 level) |
| |        Pre-Modern Japanese Literature (all genres, 200 level) |
| |        Modern Japanese Literature (all genres, 200 level) |
| |        Modern Japanese Literature: Special Topics Seminars (300 level), Ethics Focus, Writing Intensive |
| 2015, 2019 | UH-Manoa, College of Arts and Humanities, Religion Department, Lecturer: Japanese Religion (200 level), Death and Dying (300 level) |
| 2013—2016 | Hawaii Tokai International College, Associate Professor, Liberal Arts: Japanese History (Prehistoric to Modern), East Asian History (Pre-Modern, Modern), Humanities (World Mythology), Asian Philosophy, World Lit to 1200 |
| 2008-2023: | Independent Scholar and Consultant (see below), Honolulu, HI |
| 2008: | Visiting Fellow, University of Canterbury, New Zealand (July-August) |
| 2007-08: | Visiting Professor, University of Oregon, Japanese Art History |
| 2007: | Visiting Professor, Yeshiva Honors College, Yeshiva University |
| 2001-2007 | Associate Professor:   Moore College of Art and Design: Humanities, Asian Art History |
| | Drexel University: Japanese Art History |
| | University of the Arts: Liberal Arts |
| Previously: | |
| Visiting | Colorado College, Japanese and Chinese art history |

Professor:    Richard Stockton College of NJ: Philosophy Adjunct
              Temple University: Philosophy
              Rowan University: Philosophy
              Muhlenberg College, Japanese Aesthetics
              Kirk Visiting Professor, Agnes Scott College, Philosophy and Art History
              Emory University, Mellon Post-Doctoral Fellow in East Asian Religion, Art History
              Drew University, Director, Asian Studies; Assistant Professor, Philosophy
              Rutgers University, Center for Historical Analysis; Research Associate
              Franklin & Marshall College, Assistant Professor of Art History

## PUBLICATIONS:   Books (Refereed)

*The Garden as an Art*, State University of New York Press (SUNY), 1993, and Wuhan University
              Press, 2012 (in Chinese)
       Nominated 12/99 First annual APA First Book Prize
       Reviews:       *Journal of Garden History*; Oct-Dec1995, 15, 4, p239-240, 2p, Craig Clunas
                      *British Journal of Aesthetics,* Jan. 1995, Vol. 35, 1, p77, 3p, Gordon J. Giles
                      *Journal of Aesthetics & Art Criticism,* 52, 4, by Stephanie Ross
                      *Common Knowledge*, 3, 3
                      *Journal of Garden History*, 15, 4
                      *International Studies in Philosophy* (date?)
       Discussed at length in David Fenner and Ethan Fenner, *Aesthetics of Gardens and
              Gardening*, 2024, Oxford Univ. Press, and
              in David E. Cooper, *A Philosophy of Gardens*, Oxford Univ. Press, 2006

## PUBLICATIONS:   Newly Completed Book Manuscript

*Losing Don Belton: Meditations on Race, Murder and Friendship.* (A memoir of my friendship
       with African-American novelist, essayist, and race and gender theorist Don Belton,
       murdered in a gay hate crime, with meditations on homophobia, race and violence)

## PUBLICATIONS:   Books in Progress

*The Philosopher's Garden*, essays on how and why gardens are seen cross-culturally (mainly China,
       England, Germany, Japan) as useful for thinking about subjectivity and our relations to
       ourselves, society, and the cosmos, and the roles of feeling and emotion in gardens in
       relation to thinking. In preparation.
*Celestial Aesthetics: The Sky in the Garden*, essays on how and why we should think differently
       about the role of the sky in our gardens, with special attention to moon-viewing.
*Terrible Knowledge and Tertiary Trauma: Dealing with the Atomic Bombings and Nuclear Power*
*Teaching the Atomic Bombings of Nagasaki and Hiroshima: Why We Must, Why We Don't, and
       How We Can without Depressing Ourselves and Our Students*
*The Chinese Emperor's Garden in Jehol*, a scholarly edition of 3 sets of 18th-century prints of
       Chinese gardens with essays on historical and philosophical significance, in preparation

**PUBLICATIONS:   Journal Articles (peer-reviewed)**

J1.   Under review. "The Wisdom of Trees in Japanese Gardens," *Landscape Journal*

J2.   Under review: "Visualizing the Past, Envisioning the Future: Unrecognized Religious Dimensions of the Atomic Bomb Memorials"

J3.   2022      "The Way of Bogs, Mires and Marshlands: Myths, Symbols and Knowledge," Festschrift for Arnold Berleant, Madalina Diaconu & Max Ryynänen, editors, *Popular Inquiry* (http://www.popularinquiry.com)

J4.   2022      "Authenticity in Japanese Gardens," *Journal of the North American Japanese Garden Association*

J5.   2019      "Negative Aesthetics: Arnold Berleant's Theory and the Novels of Kirino Natsuo," *Contemporary Aesthetics*, 2019, special issue on the philosophy of Arnold Berleant edited by Bogna J. Gladden-Obidzinska (originally published in Polish in *Sztuka i Filozofia (Studies in Philosophy)*, number 10, 90-117.

J6.   2015      "Aesthetics as Investigation of Self, Subject, and Ethical Agency under Trauma in Kawabata's Post-War Novel *The Sound of the Mountain," Philosophy and Literature*, Vol. 39, no. 1A, Special Issue: Ethical Criticism in Practice (September 2015): A122–A141. https://www.academia.edu/32020077/Aesthetics_as_Investigation_of_Self_Subject_and_Ethical_Agency_in_Postwar_Trauma_in_Kawabata_s_The_Sound_of_the_Mountain,

J7.   2014      "'A Matter of Life and Death:' Yasunari Kawabata on the Value of Art After the Atomic Bombings," *Journal of Aesthetics and Art Criticism*, 74:2, Summer 2014, 261-275. Abstract Full Article (HTML) Enhanced Article (HTML) PDF(208K)

J8.   2014      "'I let the piece sing its own stories:' Post-Modern Artistic Inspiration," *Sztuka i Filozofia (Studies in Philosophy)*, special issue on inspiration, Winter 2014. 45-2014, 7-31.

J9.   2014      "Denis Dutton's *The Art Instinct* and the Recovery of Ainu Aesthetics," *Philosophy and Literature*: "Evolutionary Aesthetics: A Special Issue in Memory of Denis Dutton," 38, 1A, October 2014, pp. A48-A59. | DOI: 10.1353/phl.2014.0030 http://muse.jhu.edu/journals/philosophy_and_literature/toc/phl.38.1A.html

J10.  2013      "Terrible Knowledge and Tertiary Trauma, Part I: Teaching about Japanese Nuclear Trauma and Resistance to the Atomic Bomb," *The Clearing House*: *A Journal of Educational Strategies, Issues and Ideas*, 86(05), 157-163; published online 05 Jul 2013. https://www.academia.edu/6008237/Terrible_Knowledge_and_Tertiary_Trauma_Part_I_Japanese_Nuclear_Trauma_and_Resistance_to_the_Atomic_Bomb_in_the_Classroom

J11.  2013      "Terrible Knowledge and Tertiary Trauma, Part II: Suggestions for Teaching about the Atomic Bombings, with Particular Attention to Middle School," *The Clearing House*: *A Journal of Educational Strategies, Issues and Ideas*, 86(05), 164-173; published online 05 Jul 2013. Full-text version: http://www.tandfonline.com/eprint/BzdnTTjDKtjBVUZqQYc2/full

J12.  2012      "Japanese Literary Aesthetics Today: Rewriting the Traditional in the Post-Atomic World," in Nguyen Minh, ed., "Report on 'Japanese Aesthetics'," *APA Newsletter on Asian and Asian-American Philosophers and Philosophies*, Vol. 11, No. 2.

J13.  2010      "Japanese Aesthetics and the Disruptions of Identity after the Atomic Bombings" *kritische berichte. zeitschrift für kunst- und kulturwissenschaften,* 2/2010, 73-82, special issue on Japanese identity after the atomic bombings

J14.  2010      "Negative Aesthetics in Art, Environment, and Everyday Life: Arnold Berleant's Theory and the Novels of Kirino Natsuo," (in Polish) *Sztuka i Filozofia (Studies in Philosophy)*, number 10, 90-117, special issue on the philosophy of Arnold Berleant

J15. 2008    "Japanese Gardens as Texts and Contexts," in *East-West Connections: Review of Asian Studies*," v. 7, no. 1, pp. 85-106;
http://www.thefreelibrary.com/Japanese+gardens+as+texts+and+contexts.-a0186951067

J16. 2007    "Identity, Identification, and Temperament in Emblematic Portraits of Edo Japanese Literati Artists Taiga & Gyokuran: A Philosophical and Theoretical Analysis of the Ming-Qing Legacy," *MingQing Yanjiu (MingQing Studies)*," (Napoli: Dipartimento di Studi Asiatici, Universita degli Studi di Napoli), pp. 65-116

J17. 2005    "Paintings of Agriculture as the Image of Ethics: Cross-Cultural Case Studies," in *Maaseudun uusi aika (New Rurality)* (translated into Finnish) (Helsinki: Maahenki Oy)

J18. 1997    "The Garden as an Art," *Gartenkunst*, summer

J19. 1996    "Teaching Japanese Aesthetics: Whys & Hows for Non-Specialists," *Newsletter of the American Society for Aesthetics*, 16: 2, 1-3.

J20.    "Canons and the Challenge of Gender: Women in the Canon of Japan," in *The Monist* (Special Issue on Canons), 76:4, 477-493.

J21. "The Politics of Garden Design: Perspective on the Walpole-Chambers Debate," *Empire and Revolutions: Proceedings of the Folger Institute for the History of British Political Thought*, vol. 6, Gordon Schochet, ed., Folger Shakespeare Library

J22. "Gardens as Political Discourse in the Age of Walpole," *Politics, Politeness, and Patriotism: Proceedings of the Folger Institute for the History of British Political Thought*, vol. 5, Gordon Schochet, ed., Folger Shakespeare Library, 263-280.

J23. "The Garden as Significant Form," *Journal of Speculative Philosophy*, vol. II, no. 4, 267-287

J24. "Knot Gardens and the Genesis of the Scientific Attitude," *Comparative Civilizations Review*, no. 18, p. 58-90

J25. "Language & World View: Reapproaching the Whorf Hypothesis," *Philosophy & Culture*, v. 3, Venant Cauchy, ed; Montreal: Montmorency, pp. 214-18

J26. "Gardens as Works of Art: The Problem of Uniqueness," *British Journal of Aesthetics*, vol. 26, no. 3, 252-6-----Discussed by Thomas Leddy, "Gardens in an Expanded Field," *British J. of Aesthetics*, 28, 4

J27. "The Garden as a Work of Art," in *The Eidos of Art: Proceedings of an International Conference on Aesthetics*, Jagiellonian University, Cracow, 1986

J28. "*The Emperor of China's Palace at Pekin*: A New Source of English Garden Design," *APOLLO*, v. 119, no. 265

J29. "Ikeno Gyokuran," in *Moving Out: Feminist Literary and Arts Journal*. Wayne State Univ.,

J30. "The Many-Petaled Blossom: A Screen of Sketches by Ikeno Gyokuran," *Bulletin of the Museums of Art & Archaeology*, University of Michigan, v. 1 (no number), pp. 54-70

J31. "*Dying in the Sun*: Existentialism and Beyond," *World Literature Written in English*, University of Texas at Austin, v. 11


## PUBLICATIONS: Chapters in Edited Volumes (Refereed):

*C1.*    In press. "Wise Trees: Exemplars in the Arts of East Asia," in *The Wisdom of Trees: Thinking through Arboreality.* Edited by David Macauley and Laura Pustarfi. SUNY Press.

C2.    In press. "Early Feminist Aesthetics in Japan: Murasaki Shikibu, Sei Shonagon, and A Thousand Years of the Female Voice," in *Contemporary Philosophical Perspectives on Japanese Aesthetics*, Minh Nguyen, ed., Lexington Books

C3.   In press. "Making Historic Terror Tolerable to Children: *Barefoot Gen* and *Grave of the Fireflies*," *Contemporary Philosophical Perspectives on Japanese Aesthetics*, Edited by A. Minh Nguyen and Yarran Hominh. Revised and expanded from the APA Newsletter version, C4 below. Lexington Books.

C4.   2022 "Making Historic Terror Tolerable to Children: *Barefoot Gen* and *Grave of the Fireflies*," A. Minh Nguyen, ed., *Aesthetics APA Newsletter on Asian and Asian American Philosophers and Philosophies*, Vol. 21, Nos. 1-2 (Special Double Issue on Japanese Aesthetics), Spring. https://cdn.ymaws.com/www.apaonline.org/resource/collection/2EAF6689-4B0D-4CCB-9DC6-FB926D8FF530/AsianV21n1-2.pdf,

C5.   2022 "The Aesthetics and Ethics of Suicide in Japanese Literature and Film," A. Minh Nguyen and Yarran Hominh, ed., *APA Newsletter on Asian and Asian American Philosophers and Philosophies*, Vol. 21, Nos. 1-2 (Special Double Issue on Japanese Aesthetics), Spring 2022. https://cdn.ymaws.com/www.apaonline.org/resource/collection/2EAF6689-4B0D-4CCB-9DC6-FB926D8FF530/AsianV21n1-2.pdf

C6.   2019 (hardcover), 2016, 2017 (online): "Chapter 35: Japanese and Ainu Aesthetics and Philosophy of Art." (Online, print), *Oxford Handbook of Japanese Philosophy*, Bret Davis, ed. Oxford University Press, 735-754:
http://www.oxfordhandbooks.com/view/10.1093/oxfordhb/9780199945726.001.0001/oxfordhb-9780199945726-e-33
**Note**: In spite of a similar title, this is a different article than C17, below (Miller 2010).

C7.   2018   "Agency, Identity, and Aesthetic Experience in Three Post-Atomic Japanese Narratives: Yasunari Kawabata's *The Sound of the Mountain*, Rio Kushida's *Thread Hell*, and the *Anime* Film *Barefoot Gen*," in *New Essays in Japanese Aesthetics*, Minh Nguyen, ed., Lexington Books (imprint of Rowman & Littlefield)
https://www.academia.edu/41094167/Kawabata_Kishida_and_Nakazawa_Ch._19_in_New_Essays_in_Japanese_Aesthetics

C8.   2018   Yamasaki Koji and Mara Miller, "Ainu Aesthetics and Philosophy of Art: Replication and Recovery." In *New Essays in Japanese Aesthetics*, Minh Nguyen, ed. Lanham, MD: Lexington Books

C9.   2017: "Beauty, Religion and Tradition in Post-Nuclear Japanese Arts and Aesthetics," in *Artistic Visions and the Promise of Beauty: Cross-Cultural Perspectives,* edited by Kathleen Higgins, Shakti Maira & Sonia Sikka. Dordrecht: Springer

C10.  2017 "Thoughts on Chang-Yong Moon and Jin Jeon's Film *Becoming Who I Was*," Hawaii Council for the Humanities and Hawaii International Film Festival: Film for Thought 2017

C11.  2016 "Atomic/Nuclear Weapons and Energy Technologies (ANWETs): The Need for Wisdom," in *Practical Wisdom in the Age of Technology: Insights, Issues and Questions for a New Millennium*, edited by Nikunj Dalal, Ali Intezari, Marty Heitz. New York: Routledge and Gower Publishing: Series: The Practical Wisdom in Leadership and Organization Series.
http://www.ashgate.com/default.aspx?page=638&series_id=622&calcTitle=1&forthcoming=1Gower Publishing, 2016.

C12.  2015, Online: "*Visualizing the Past, Envisioning the Future: Utilizing Atomic Bomb Memorials, Fukushima, and the 'Fourth Space' of Comparative Informatics to Construct a Peaceful Future*" in "Violence, Nonviolence, and Japanese Religions: Past, Present, and Future," Michel Mohr, ed. Numata Conference in Buddhist Studies.
http://scholarspace.manoa.hawaii.edu/handle/10125/32952
https://scholarspace.manoa.hawaii.edu/handle/10125/32962

C13.    2013    "Philosophical Issues in Japanese Gardens: In Reality, Literature and Film" in David Jones and Michele Marion, ed., *The Dynamics of Cultural Counterpoint in Asia*: *Essays on the Ongoing Development of Asian Studies*, SUNY Press

C14.    2012a   "Genji's Gardens: From Symbolism to Personal Expression and Emotion: Gardens and Garden Design in *The Tale of Genji*," in *States of Mind in Asia*, Santangelo, Paolo & Giusi Tamburello, eds, Florence: Olschki, pp. 105-141

C15.    2012b "Reflecting the Moon: Teaching East Asian Aesthetics K-12," *Teaching Asian art: Content, Context, and Pedagogy*, Chung, Sheng Kuan, ed. Sponsored by The National Art Education Association, 11-17.

C16.    2011    "Time, History and Temporality in Gardens and Gardening," Dan O'Brien, ed., *Gardening and Philosophy*: *Cultivating Wisdom*, Blackwell-Wiley, 2010; US, 2011, 178-191.

C17.    2010a 2010: "Chapter 23: Japanese Aesthetics" *Oxford Handbook of World Philosophy*, Jay Garfield and William Edelglass, eds. Oxford University Press, 317-333.
http://www.oxfordhandbooks.com/view/10.1093/oxfordhb/9780195328998.001.0001/oxfordhb-9780195328998-e-28?rskey=CxK5py&result=2

C18.    2010b  "The Sky in the Garden—with Special Attention to Japanese Moon-Viewing" (in Finnish), *The Aesthetics of Sky, Space and Heaven* (*Korkea Taivas*), Yrjo Sepaanmaa, ed., Helsinki: Maahenki, Ltd., 281-292

C19.    2010c  "The Garden in the City: Philosophical Reflections on the Past and the Future," Chen Wangheng, ed., *Front Edge of Environmental Aesthetics*, University of Wuhan Press, China

C20.    2007    "Gardens, Parks, and Forests as Socio-Cosmic Models: Imagining Community and Identity for the 21st Century," in Sepanmaa, Yrjo, *Maiseman kanssa kasvokkain* (in Finnish), Helsinki: Maahenki Oy, 300-307.

C21.    2006    "Agriculture as the Image of Aesthetics and Ethics: A Comparative View," in Hussain, Mazhar, *The Pursuit of Comparative Aesthetics: An Interface between the East & West,* Burlington, VT: Ashgate, 187-204

C22.    2004    "Four Approaches to Emotion in Japanese Visual Arts," in *Emotion in Asia*, Paolo Santangelo, ed., Naples: Universita degli Studi di Napoli L'Orientale, 265-313

*C23.*    2002    "Ethics in the Female Voice: Murasaki Shikibu and the Framing of Ethics for Japan" in *Varieties of Ethical Perspectives,* Michael Barnhart, ed., Lanham, MD: Lexington Books, 175-202.

C24.    2000    "The Lady in the Garden: Subjects and Objects in an Ideal World" (on images of women writers from Medieval Europe and Heian Japan), in *Crossing the Bridge*, Cynthia Ho and Barbara Stevenson, eds., St. Martin's Press, 189-211.

C25.    1999    "Time and Temporality in Japanese Gardens," in *Relating Architecture to Landscape*, Jan Birksted, ed. Taylor & Francis, 43-58. ebook ISBN 9780203352601

C26.    1998    "The Way of Bogs, Mires, and Marshlands: Myths, Symbols and Knowledge," (in Finnish), in *Proceedings of the 3rd International Conference on Environmental Aesthetics* (*Suo On Kaunis*) (Ilomantsi, Finland), Kirsi Martikainen with Yrjo Sepanmaa, ed., Helsinki, Finland: Maaseudon Sivistisliitto (Union of Rural Education), 1999 (on the history of East Asian art about bogs and wetlands (think Buddhist lotus ponds, and ducks returning to marshes) and their philosophical underpinnings and implications), 132-143.

C27.    1998    "Art and the Construction of Self & Subject in Japan," in *Self as Person in Asian Theory and Practice*, Roger Ames, Wimal Dissanayake, & Thomas Kasulis, eds., SUNY Press, 421-460.

C28.    1997    "Views of Japanese Selfhood: Japanese and Western Perspectives," in *Culture and Self: Philosophical and Religious Perspectives, East and West*. Douglas Allen, ed., Westview Press, 145-162.

C29.    1997    "*Ogrod jako dzielo sztuki*" ("The Garden as a Work of Art,") *Estetyka W Swiecie: Wybor tekstow, vol V.*, Maria Golaszewskiej, ed. Krakow, Jagiellonian University Press (translated into Polish)

C30.    1995    "Aesthetics and the Refusal of Objectification in Japanese Erotic Prints," in *Aesthetics in our Lives and Our World*, Kathleen Higgins, ed., Harcourt Brace


## PUBLICATIONS:    Encyclopedia and Other Reference Articles

E1.    2014:    Revised edition of 1998 *The Encyclopedia of Aesthetics*, Michael Kelly, ed. Oxford University Press: "Gardens" (Rewritten from E4, Miller 1998, below)

E2.    2005:    *New Dictionary of the History of Ideas*, Maryanne Kline Horowitz, ed. in chief, Charles Scribner's Sons, "Aesthetics (Asia)"

E3.    2005:    *New Dictionary of the History of Ideas*, Maryanne Kline Horowitz, ed. in chief, Charles Scribner's Sons, "Gardens"

E4.    1998:    *The Encyclopedia of Aesthetics*, Michael Kelly, ed. Oxford University Press: "Gardens." 274-280.


## PUBLICATIONS:    Reviews of Books, DVD/CD ROMS, Exhibitions, and Symposia

R1.    2023    Review of *Worlds Unbound: The Art of teamLab* [sic] (a Japanese digital art collective) by Laura Lee, for the College Art Association

R2.    2023.    Landscape Appreciation: Theories since the Cultural Turn, *The Journal of Aesthetics and Art Criticism*, Volume 81, Issue 1, March, Pages 113-116,

R3.    2023    *Motor City Green: A Century of Landscapes and Environmentalism in Detroit* Cialldella, Joseph S. for *Landscape Journal*

R4.    2021    *Thinking the Sculpture Garden*: *Art, Plant, Landscape*, Edited by Penny Florence, for *The Journal of Aesthetics and Art Criticism*, 79, 3, Summer, pp. 405-409

R5.    2021    Review of Thomas P. Kasulis's *Engaging Japanese Philosophy: A Short History* for the *Journal of Japanese Philosophy*, vol. 7, 2021, pp. 105-111

R6.    2019    Review of *Apocalypse Deferred: Girard and Japan,* Jeremiah L. Alberg, editor, for American Academy of Religion. http://readingreligion.org/books/apocalypse-deferred

R7.    2019    Review of Meera Atkinson's *The Poetics of Transgenerational Trauma* for *Hypatia,* August 2019 https://www.hypatiareviews.org/reviews/content/415

R8.    2019    Review of Martha Atwater Chandler's *Expressing the Heart's Intent: Explorations in Chinese Aesthetics*, for *Journal of Aesthetics and Art Criticism*, 73, 2, XX Summer 2019 for institutional access: https://onlinelibrary.wiley.com/doi/pdf/10.1111/jaac.12629;

R9.    2015    Review of Alan Tansman's *The Aesthetics of Japanese Fascism*, for *Journal of Aesthetics and Art Criticism,* 73, 2, Spring 2015, pp. 218-222
https://www.academia.edu/37871025/Miller_Mara_Review_of_Tansmans_Aesthetics_of_Japanese_Fascism_JAAC_73_2_spring_2015_pp210-214.pdf

R10.    2014    Review of Michael Lewis and John Dixon Hunt's *A Cultural History of Gardens*, 6 volumes, *Landscape Architecture Magazine,* June

R11.    2014    Review of Stephen E. Marvin's *Heaven Has a Face, So Does Hell: The Art of the Noh Mask*, for *Journal of Aesthetics and Art Criticism*, Vol. 72, no. 1, Winter, 176-79.

R12.    2013    Review of Louise A. Mozingo and Linda Jewell's *Women in Landscape Architecture: Essays on History and Practice*, *Landscape Architecture Magazine,* June

R13.    2010    Review of Arnold Berleant's *Sensibility and Sense: The Aesthetic Transformation of the Human World* for *Notre Dame Philosophical Reviews*: 232.

R14.    2010    Review of Sherry D. Fowler's *Muroji: Rearranging Art and History at a Japanese Buddhist Temple* and Gregory Levine's *Daitokuji: The Visual Cultures of a Zen Monastery*, for *Journal of Aesthetics and Art Criticism,* Volume 68, Issue 2, Spring, Pages: 176–179

R15.    2010    Review of Glenn Parson's *Aesthetics and Nature* for *Notre Dame Philosophical Reviews*: 164.

R16.    2009    Review of Denis Dutton's *The Art Instinct: Beauty, Pleasure, and Human Evolution*, for *Journal of Aesthetics and Art Criticism*, Volume 67, Issue 3, Summer, Pages: 333–336.

R17.    2008    Review of *Literati Modern: Bunjinga from Late-Edo to Twentieth-Century Japan*, for College Art Association (CAA) on-line reviews

R18.    2008    Exhibition and Symposium Review of *Literati Modern: Bunjinga from Late-Edo to Twentieth-Century Japan*, for College Art Association CAA on-line reviews

R19.    2008    Review of *Japanese Masters of the Brush: Ike Taiga and Tokuyama Gyokuran* by Felice Fischer with Kyoko Kinoshita, for College Art Association CAA on-line reviews

R20.    2007    Review of *A Philosophy of Gardens* by David E. Cooper (Oxford Univ. Press, 2006), *Journal of Aesthetics and Art Criticism*, Volume 65, Issue 4, Fall, Pages: 430–432.

R21.    2007    Review of *Preaching From Pictures: A Japanese Mandala*, *Education About Asia*, Vol. 12, no. 2

R22.    1997    Review of *English Gardens* by David Coffin for *Journal of Aesthetics and Art Criticism*, Vol. 55, no. 3, Summer, Pages: 333-334.

R23.    1983    Review of *Metaphors We Live B*y by George Lakoff & Mark Johnson, *Cognition & Brain Theory*, v. VI, no. 3

## PUBLICATIONS:   Book Chapters and Journal Articles in Preparation

"Re-Creating History and Memory: The Visual and Visceral Records," *Hiroshima, Nagasaki and Memory*, Kenya Davis-Hayes and Roger Chapman, ed.

"Aesthetics, Religion, and Ritual: Noh and Tea Ceremony in Contemporary Japan," *Comparative Philosophy*, in revision

## NEWSPAPER EDITORIALS

E1.    2021    KIKU offers cultural, linguistic diversity, *Honolulu Star Advertiser*, Sunday, June 13. https://www.staradvertiser.com/2021/06/13/editorial/island-voices/kiku-offers-cultural-linguistic-diversity/

E2.    2012    "12 Reasons the atomic bombings of Japan should be taught," *Honolulu Star Advertiser*, August 8. http://www.staradvertiser.com/s?action=login&f=y

E3.    2011    "No real reason to let social studies and civics fall down," *The Hawaii Independent*, August 1 http://thehawaiiindependent.com/

E4.    2011    "Twelve Reasons Hawai`i Should Lead in Social Studies Education," *The Honolulu Star Advertiser:* 8/12 (kept on front page thru 8/15/12).
http://thehawaiiindependent.com/story/twelve-reasons-hawaii-should-lead-in-social-studies-education

E5.    2011    "Engaged or Enraged," *Honolulu Civil Beat*, August 10 (kept on front page thru 8/15/12). http://www.civilbeat.com/posts/2011/08/10/12473-engaged-or-enraged/

E6.    2011    "Social Studies Education Is More Important Than Ever," *Honolulu Star Advertiser*, 8/1: http://www.staradvertiser.com/editorials/guesteditorials/20110801__Social_studies_education_is_more_important_than_ever.html


## PUBLICATIONS ON TEACHING    (*Duplicate* entries whose primary location is elsewhere)

T1.    2013    "Terrible Knowledge and Tertiary Trauma, Part I: Teaching About Japanese Nuclear Trauma and Resistance to the Atomic Bomb," *The Clearing House*: *A Journal of Educational Strategies, Issues and Ideas*, 86(05), 157-163; published online 05 Jul 2013.

T2.    2013    "Terrible Knowledge and Tertiary Trauma, Part II: Suggestions for Teaching about the Atomic Bombings, with Particular Attention to Middle School," *The Clearing House*: *A Journal of Educational Strategies, Issues and Ideas*, 86(05), 164-173; published online 05 Jul 2013.

T3.    2012    "12 Reasons the atomic bombings of Japan should be taught," *Honolulu Star Advertiser*, August 8. http://www.staradvertiser.com/s?action=login&f=y

T4.    2012    "East Asian Aesthetics," in Teaching Asian Art: Content, Context, and Pedagogy, Sheng Kuan Chung, ed. The National Art Education Association

T5.    2011    "No real reason to let social studies and civics fall down," *The Hawaii Independent*, August 1 http://thehawaiiindependent.com/

T6.    2011    "Twelve Reasons Hawai`i Should Lead in Social Studies Education," *The Hawai`i Independent:* 8/12 (kept on front page thru 8/15/12).
http://thehawaiiindependent.com/story/twelve-reasons-hawaii-should-lead-in-social-studies-education

T7.    2011    "Engaged or Enraged," *Honolulu Civil Beat*, August 10 (kept on front page thru 8/15/12). http://www.civilbeat.com/posts/2011/08/10/12473-engaged-or-enraged/

T8.    2011    "Social Studies Education Is More Important Than Ever," *Honolulu Star Advertiser*, Aug 1: http://www.staradvertiser.com/editorials/guesteditorials/20110801__Social_studies_education_is_more_important_than_ever.html

T9.    2011    "Philosophical Dimensions of Japanese Gardens in Literature and Film" in David Jones and Michele Marion, ed., *Discovery and Praxis: Essays in Asian Studies*, SUNY Press;

T10.    2009    "East Asian Aesthetics," in *Teaching Asian art: Content, Context, and Pedagogy*, Chung, Sheng Kuan, ed. Sponsored by The National Art Education Association

T11.    2008    "Japanese Gardens as Texts and Contexts," in *East-West Connections: Review of Asian Studies*," v. 7, no. 1, pp. 85-106

T12.    2007    Review *Preaching from Pictures: A Japanese Mandala*, *Education About Asia*, 12, 2

T13.    2000    "The Lady in the Garden: Subjects and Objects in an Ideal World" (on images of women writers from Medieval Europe and Heian Japan), in *Crossing the Bridge*, Cynthia Ho and Barbara Stevenson, eds., St. Martin's Press, 189-211.

T14.    1996    "Teaching Japanese Aesthetics: Whys & Hows for Non-Specialists," *Newsletter of the American Society for Aesthetics*, 16, 2, 1-3.

## CONSULTING and BOARDS

2019-2025    Consultant on Gardens as Visual Art in defense of the Elizabeth Street Garden, New
                York City, for Brill and Meisel (NYC law firm)
2012-2013    Campaign Spending Commission (appointed by the governor), State of Hawaii
2011           AlohaPOSSE (Save Our Social Studies Education), (state-wide), Hawaii
2010—2012   TAG (The Actors' Group; grant-writing), Honolulu;
                Asian Pacific Films (Education), Honolulu
2007           Shofuso Japanese House & Garden, Philadelphia, Consultant for Programming &
                Education
Morris Co. (NJ) Prosecutor's Unit on Sex Crimes & Child Abuse on Asian families & values
Michael C. Carlos Museum, Emory University, Consultant on Asian exhibitions

## CONSULTING on EDUCATION K-12

St. Anthony's School-Kalihi, Honolulu, on middle school social studies and language arts &
        Schools of the Future Grant (double focus sustainability and technology), January-May 2012
Yale University: Academic Director of the Summer Seminar on Japanese Culture for High School
        Teachers, Council on East Asian Studies
Lecturer/Consultant, Yale University's East Asian Outreach Program: curriculum design & teaching
        units on Japan, K-12

## PANELS DEVOTED TO MY WORK

American Society for Aesthetics, Pacific Division 2000: "Authors Meet Critic: The Aesthetics of
        Gardens." Authors Mara Miller and Stephanie Ross, Commentator: Sharon Crawford
Connecticut College:   Cross-Disciplinary Symposium organized and chaired by Prof. Kristin
        Pfefferkorn-Forbath on my "The Garden as Philosophical Metaphor: Philosophical
        Dimensions in the Fiction of Yasunari Kawabata," with papers by faculty in Prof. Lester
        Reiss, Prof. Mel Woody, Prof. Gene TeHennepe (philosophy), Prof. Robert Baldwin (art
        history), Prof. Sally Taylor (biology)

## AWARDS, GRANTS AND FELLOWSHIPS

### Grants on Behalf of Colleges

Japan Foundation Staff Expansion Grant for Drew University (3 years' support for Japan historian)
Japan Foundation Library Expansion Grant, Drew University
Mellon Foundation Grant for Franklin & Marshall College awarded Spring (co-authored proposals
        for Area Studies & Performance Studies)

### Grants for Teaching and Working with Students

Association for Asian Studies Northeast Asia Council/ Korea Foundation Grant to support teaching
    on Korea
Travel to Korea, Korean Culture & Society Institute, Asian Studies Development Program/ Korea
        Foundation, East-West Center
Hackman Student Intern for research assistance, Franklin and Marshall College (2 years)


## Fellowships, and Awards for Writing

Katharine Bakeless Nason Scholarship for environmental writing, Bread Loaf Environmental
        Writers' Conference
Vermont Studio Center Artists' Grant for writing during residency, Vermont Studio Center, 2019
Interns for writing and editorial support, English Department, Univ. of Hawaii-Manoa (3 years)
Helm Research Fellowship, Lilly Library, Indiana University

## Research Fellowships, Grants, Awards, and Other Research Support

Psychoanalytic Center of Philadelphia: Fellowship in psychoanalysis (2 years)
American Philosophical Association First Book Prize nomination for *The Garden as an Art*
Mellon Post-Doctoral Fellowship in East Asian Religion and Art History, Emory University
The Folger Institute/ Emory University: research seminar fellowship—Motivating History (Theory
        of Art History)
NEH Summer Seminar Fellowship, Japanese Philosophy, Ohio State University
Institute for Culture & Communication, East-West Center: Research Associate, Japanese Core
        Values
International Society for 18th-century Studies, East-West Seminar on 18th-Century Studies, Paris:
        Research Fellow
Professional Associate, Conference on Self & Symbolic Expression, Institute for Culture &
        Communication, East-West Center
Center for Historical Analysis, Rutgers University: Research Associate, Project on the Historical
        Construction of Identities
NEH Summer Stipend to attend Aston Magna Academy (Summer)
Mellon West-European Project Grant-in-aid of research, Yale University
Aston Magna Academy, Seminar Fellowship "The Culture of Restoration England"
Folger Institute, Center for the History of British Political Thought, Seminar Fellowships
Smithsonian Institution, Graduate Student Fellowship, Office of Education Research
Yale Center for British Art, Dissertation Research Grant (travel to England)

## Faculty Travel & Research Grants (from my home institutions)

Moore College of Art and Design: Faculty Travel Grant (China, Hiroshima, Japan),
Emory University: Faculty Travel Grant (Korea, Japan)
Drew University: Faculty Research Awards, (various)
Grant for research in France, Franklin and Marshall College
Franklin & Marshall College: Grants Committee Award for research, Japan; Faculty Research
        Grants, 2 years; Summer Travel Grant for research (Japan); conference travel grants to
        Japan, England & w/in USA

**Fellowships and Grants during Graduate and Undergraduate Studies**

Yale University: Graduate Fellowships
NDFL Fellowships in Japanese (2 years)
University of Michigan: Grants for Graduate Study:
                          Center for Japanese Studies
                          Center for the Continuing Education of Women
                          Grant for travel to art collections, Art History Department
Mombusho Grant, Study/Travel in Japan, FALCON Program, Ministry of Educ. (Japan)
Cornell University Scholarship
State of Michigan Competitive Scholarship
New York State Regents' Scholarship

**PLENARY TALKS AND INVITED LECTURES AND WEBINARS**

P1.      2023 North American Japanese Garden Association webinar: "Literature and Authenticity in Japanese Gardens: The Eight-Plank Bridge (*Yatsuhashi*) from *The Tales of Ise*" (solo)

P2.      2023 13th International Conference on The Constructed Environment, University of Hawai'i at Mānoa, School of Architecture, Honolulu, May: "The Wisdom of Trees: Rethinking Trees' Capabilities in the Light of East Asian Philosophy, Poetry, and Painting"

P3.      2023 North American Japanese Garden Association webinar: "Authenticity in Japanese Gardens in America" with Koichi Kobayashi, Ben Chu, Seiko Goto, Kendall Brown

P4.      2022 North American Japanese Garden Association webinar: "Authenticity in Japanese Gardens: Stories and Human Feeling in the Garden"

P5.      2023 (postponed from 2022) "Making Historic Terror Tolerable to Children: *Barefoot Gen* and *Grave of the Fireflies*." Now published in A. Minh Nguyen, ed., *Aesthetics APA Newsletter on Asian and Asian American Philosophers and Philosophies*, Vol. 21, Nos. 1-2 (Special Double Issue on Japanese Aesthetics), Spring. This is a duplicate entry.

P6.      2020 National League of American PEN Women, Honolulu Chapter: Invited talk, "Inspiration and Creativity"

P7.      2022 American Philosophical Association Central Division Meeting: Invited talk for an APA-sponsored panel: "Contemporary Philosophical Perspectives on Japanese Aesthetics

P8.      2019 Zen Aesthetics, University of Hawaii School of Architecture

P9.      2018 Center for Biographical Research, University of Hawaii: *Losing Don Belton: Meditations on Friendship, Murder, and Race* and the Ethics of Life Writing

*P10.*      2017 American Society for Aesthetics, annual meeting: "Art and Aesthetics, Religion, and Ritual: Two Case Studies from Contemporary Japan," Panel on *Ritual, Art, and Aesthetics: Cross-Cultural Approaches*

P11.      2017 Hawaii International Film Festival, Speaker/Discussion series co-sponsored by Hawaii Council for the Humanities: on Chang-Yong Moon & Jin Jeon's *Becoming Who I Was*

P12.      2014 University of Hawaii, *Numata Conference in Buddhist Studies* on "Violence, Non-violence, and Japanese Religions: Past, Present, and Future:" "Visualizing the Past,

Envisioning the Future: Atomic Bomb Memorials, Fukushima, and the "Fourth Space" of Comparative Informatics"

P13. 2011 American Philosophical Association, Eastern Division: Committee on Asian and Asian-American Philosophers and Philosophies: panel on Japanese Contributions to Aesthetics: "Japanese Literary Aesthetics Today: Rewriting the Traditional in the Modern and Post-Modern World"

P14. 2011 Mission Houses Museum, Honolulu: 3 public lectures in the series Myths, Legends & Fables: "Brownies & Menehune to Santa's Elves: Small Craftsmen in the Landscape"

P15. 2011 Mission Houses Museum, Honolulu: 3 public lectures in the series Myths, Legends & Fables: "Myth and Legend in the Chinese Garden"

P16. 2011 Mission Houses Museum, Honolulu: 3 public lectures in the series Myths, Legends & Fables: "The Universality of Fairy Tales"

P17. 2011 American Society for Aesthetics: Panel on the work of Denis Dutton: *The Art Instinct*: Evolutionary and Cross-Cultural Perspectives for Aesthetics

P18. 2011 Center for Japanese Studies, University of Hawaii. "Terrible Knowledge: Using Japanese *Anime* to Teach WWII without Traumatizing Students," September 30

P19. 2011 University of Hawaii, Center for Biographical Research: "The Life and Death of Don Belton: 21st-century Racism and Homophobia in the Heartland," April 7

P20. 2011 University of Hawaii, Chinese Studies: "Chinese Gardens"

P21. 2009 University of Hawaii, Center for Japanese Studies "'A Matter of Life and Death:' Looking at "Old Works of Art" through the Eyes of Kawabata.' April 3

P22. 2009 Plenary Address, "Celestial Aesthetics: The Sky in the Garden, with Special Attention to Japanese Moon-Viewing," VIIth International Conference on Environmental Aesthetics: Celestial Aesthetics: the Aesthetics of Sky, Space and Heaven," Heinavesi, Finland. March 26-28

P23. 2008 Plenary Address: "Japanese Aesthetics as Cognitive Prostheses: Rethinking Arts, Everyday Life, and Trauma for the 21st Century," International Conference on "Japanese Aesthetics: International Perspectives," University of Canterbury, Christchurch, NZ, August

P24. 2008 University of Canterbury, Philosophy Department, Christchurch, NZ, "Japanese Aesthetics as Cognitive Prostheses: Necessity and the Logic," August

P25. 2008 University of Otago, Philosophy Department, Dunedin, NZ, "Japanese Aesthetics as Cognitive Prostheses: The Possibilities," August

P26. 2008 University of Otago, Art History Department, Dunedin, NZ, "Swamps in Japanese Art," August 2008

P27. 2008 Dunedin Botanic Garden, Dunedin, NZ, "Suzhou and Chinese Garden Tradition in China, North America and New Zealand," August

P28. 2008 Canterbury Historical Society, Christchurch, NZ, "A Matter of Life and Death: Arts after the Atomic Bombing," August

P29. 2008 Center of Contemporary Art, Christchurch, NZ, "Chinese Gardens and the Poet-Scholarly Ideal" 2008

P30. 2008 Friends of the Christchurch Art Gallery, Christchurch, NZ, "Suzhou and Chinese Garden Tradition in China, North America and New Zealand," August

P31. 2008 University of Canterbury, School of Fine Arts, Christchurch, NZ, August: "Japanese Aesthetics in the Heian Period,"

P32. 2008 University of Canterbury, "Portraits, Persons, and Personal Identity"

P33. 2008 University of Canterbury, "Gardens"

P34.  2008 University of Canterbury, "Gardens as Portraits"
P35.  2008 University of Canterbury, Honors Seminars: "*The Tale of Genji*"
P36.  2008 University of Canterbury, Honors Seminars: "Japanese Gardens"
P37.  2008 University of Canterbury, Honors Seminars: "Women and Japanese Painting and Calligraphy: Artists and Subjects"
P38.  2008 University of Canterbury, Honors Seminars: "Calligraphy as Self-Cultivation and the Transmission of Culture"
P39.  2008 Architecture and Allied Arts lecture series on Historic Preservation, "Paradoxes of the Cutting Edge: Japanese Conservation Practices at Shofuso Japanese House and Garden," University of Oregon
P40.  2006 Wuhan University, China: "Wuhan as a National Garden City: The Garden in the City: Philosophical Reflections on the Past and the Future," October
P41.  2006 Huazhong Agricultural University (Wuhan, China), Department of Landscape Architecture: "Gardens as Social Territory," October
P42.  Oriental Society, University of Pennsylvania: "Desiring Women: The Contesting Context of Japanese Prints" January
P43.  2006 University of Naples, International Conference on States of Mind in Asia,: "Emotion Paolo Santangelo, dir., University of Naples, "Manifesting Emotions and Dispositions from the *Tale of Genji* in Japanese Paintings and Prints of Gardens"
P44.  University of Maryland Baltimore County, Honors College: Kawabata Yasunari's *A Thousand Cranes*." April, November
P45.  University of Pennsylvania. "Murasaki Shikibu as Philosopher: Feminism and Ethics."
P46.  Plenary Address, Vth International Conference on Environmental Aesthetics, Lepaa, Finland: "Paintings of Agriculture as the Image of Ethics: A Comparative View"
P47.  University of Maryland, Baltimore County, Honors College: Kawabata Yasunari's *A Thousand Cranes*." October
P48.  Plenary Lecture, Hiroshima Peace Culture Institute, Hiroshima, Japan. "Teaching about The Bombing of Nagasaki & Hiroshima and about Japanese Artists' Responses."
P49.  Drexel University: "The Bombing of Nagasaki & Hiroshima: The Japanese Experience"
P50.  Plenary lecture, 5th International Conference on Environmental Aesthetics: The Aesthetics of Agriculture, Finland: "Paintings of Agriculture as the Image of Ethics: A Comparative View"
P51.  University of Maryland Baltimore County: "Art, Oedipus, and the Foreignness of a Foreign Work of Art: Kawabata's *A Thousand Cranes*"
P52.  American Society for Aesthetics, Pacific Division, March: Panel on Aesthetics of the Home
P53.  University of Naples, International Conference on States of Mind in Asia, Paolo Santangelo, dir., "Emotion in Japanese Art: *Bunjinga* and the Painting of Ikeno Gyokuran"
P54.  American Society for Aesthetics, Pacific Division, March: Panel on Garden Aesthetics
P55.  Emory University Carlos Museum of Art: The Aesthetics of 19th-c. Japanese Noh Prints
P56.  Plenary, 3rd International Conference on Environmental Aesthetics: The Aesthetics of Bogs and Wet-lands," Ilomantsi, Finland: "The Way of Bogs, Mires, & Marshlands: Myths, Symbols & Knowledge," Yrjo Sepanmaa, dir.
P57.  AsiaNetwork: "The Garden as Self-Portrait: England and China in the 18th Century"
P58.  Colorado College: "Japanese Aesthetics," and "The Art of the Japanese Garden"
P59.  *Institut fur Grunplanung Gartenarchitektur und Universitat Hannover* (in preparation for the 2000 World Exposition on "Man-Nature-Technology"), Hanover, Germany, "Man-Made Paradise: Garden Art, Nature & Society"

P60. The American/Japanese Phenomenology Conference on "The Possibility of Cross-Cultural Communication," Tohoku Univ., Sendai, Japan: "Gardens and Cross-Cultural Communication"

P61. University of East London, School of Architecture, School of Art & Design, & the Landscape+Art Group, Conference on "Landscape/ Architecture: critical & cross-cultural theories," "Spatial & Temporal Dimensions of Gardens & Architecture, with special reference to Japan"

P62. Committee on the Status of Women in Philosophy, American Philosophical Assoc. (Eastern Division): "Women and Tenure"

P63. Gustavus Adophus College: "The Garden as an Art," & "Desiring women: The Female Subject & the Male Object in 18th-Century Japanese Prints"

P64. First International Conference on Environmental Aesthetics: "Meeting the Landscape," Koli, Finland: "Gardens, Forest & Landscape: Imagining Community & Identity in the 21st century"

P65. NEH Summer Seminar on Japanese Philosophy, Ohio State University (Thomas Kasulis, dir.): Female Subject and the Male Object in 18th-Century Japanese Prints"

P66. Yale University Department of East Asian Languages and Literatures: "Art and Aesthetics in Kawabata's *The Sound of the Mountain*"

P67. Yale University, Department of East Asian Languages and Literatures: "Image & Structure in *The Sound of the Mountain*"

P68. Yale University Department of East Asian Languages and Literatures: "Yukio Mishima: Conception & Deception in *The Temple of the Golden Pavilion*"

P69. Camden County College: "The Mirror Image: Reflecting on Desiring Japanese Women 1690-1990"

P70. East-West Seminar on Eighteenth-Century Studies, Paris/ The International Society for 18th-Century Studies: "The Political Garden: Chinese Garden Prints in England"

P71. International Conference on Comparative Studies on Selfhood & Personal Identity: Self & Symbolic Expression, East-West Center: "Art & the Construction of Self & Subject in Japan"

P72. Connecticut College Philosophy Department: "Time, Temporality & History in East Asian Gardens"

P73. Folger Institute, Center for the History of British Political Thought: "Political Gardens: Gothicism & Exoticism in Late 18th Century"

P74. Folger Institute, Center for the History of British Political Thought: "Political Significance of the Garden in the Age of Walpole"

P75. Connecticut College Philosophy Department: "The Deployment of Art in Modern Japanese Fiction"


## WORKSHOPS TAUGHT

W1. Marlboro College, Japanese Aesthetics (2-day)

W2. NEH Summer Institute on Japanese Culture & Civilization, The East-West Center, (Thomas Kasulis, dir.): The Philosophy of Japanese Gardens; Japanese Woodblock Prints; Women in Today's Japan; War & Memory in Comparative Perspective; Curriculum Discussion Panel

W3. NEH Workshop: Japanese Culture & Civilization for North Carolina colleges (Roger Ames, dir.): Japanese Aesthetics

W4.     Yale University's East Asian Outreach Program's workshop on teaching about Japan for high-school teachers
W5.     Asian Studies Development Program (East-West Center), Southeast Regional Institute on Japanese Culture, "Aesthetics of Chinese and Japanese Gardens"


**CONFERENCE PAPERS**   (Refereed)

CP1.    2024 "The Wisdom of Trees as Understood in East Asia for Resilience in a Time of Environmental Disaster," East-West Philosophers Conference, May
CP2.    2024 "The Wisdom of Trees in Japan," Japanese Studies Association annual conference, January
CP3.    2023 "The Wisdom of Trees in East Asia," *Thirteenth International Conference on The Constructed Environment*, University of Hawaii at Manoa, May
CP4.    2022 American Philosophical Association (postponed to 2023) panel on Japanese Aesthetics, "Making Historic Terror Tolerable to Children: *Barefoot Gen* and *Grave of the Fireflies*" or "The Aesthetics and Ethics of Suicide in Japanese Literature and Film,"
CP5.    2022 "Classic Chinese Gardens and Philosophy," 2ⁿᵈ Hawaii International Conference on Chinese Studies (HICCS), University of Hawaii at Manoa
CP6.    2020 "Gardens in Public Space: Traditional Chinese Gardens as Contemporary Works of Art," First Annual Hawai'i International Conference on Chinese Studies (HICCS), January
CP7.    2020 "Japanese Literary Fiction as Philosophy: Effects of Walls between and within Disciplines, East-West Center Philosophers' Conference, May
CP8.    2019 "Literary Fiction as Philosophy: Three Contrasting Japanese Novels (Murasaki, Ishiguro, Yoshimoto)," International Association for Japanese Philosophy, October
CP9.    2017 "Art and Aesthetics, Religion, and Ritual: Case Studies from Contemporary Japan," American Society for Aesthetics, annual national meeting, panel on Ritual, Art, and Aesthetics: Cross-Cultural Approaches to Boundaries and Boundary Crossings Between These, November
CP10.   2017 "Commemorating the Vanished Landscape: Seen and Unseen Collaborations across Social, Temporal and Geographic Boundaries in the *Guardians* Series of Reiko Mochinaga Brandon," panel on "Presence and Absence in Japanese Landscape," Japanese Studies Association, January
CP11.   2012 "Comparative Informatics: A New Information Science in the Service of Crisis Containment and Trauma Prevention and Recovery," Asia Association of Global Studies (AAGS), Tokyo, March
CP12.   2012 "Nō Wrinkles: The Aesthetic Construction of Aging in Enchi Fumiko's *Onnamen* 女面," in panel: *Thinking through One Wrinkle at a Time:  The Aesthetics of Female Aging in Japanese Narrative*, Association of Teachers of Japanese, Toronto, March
CP13.   2012 "Environmental Stewardship, Diasporic Communities, and Recovering from Disasters: How China's "New National Garden Cities" (NNGCs) and Traditional Chinese Gardens Interact Globally for 21ˢᵗ-Century Healing," Hawaii International Conference on Arts and Humanities (HICAH), January
CP14.   2012 "Terrible Knowledge: Using Japanese *Anime* to Teach WWII without Traumatizing Students (or Ourselves)," *Association for Japanese Studies*, January

CP15.  2011 "Gardens in *The Tale of Genji* and the Gendering of Space, Relationship, and Feeling in 20th-Century Literature and Film," *Association for Asian Studies* annual conference panel on "Narrated Spaces, Spatial Texts: Literature, Art, and Gender in Japanese Culture," March

CP16.  2010 "Environmental Stewardship, *Diasporic* Communities, and Recovering from Disasters:  How China's "New National Garden Cities" (*NNGCs*) and Traditional Chinese Gardens Interact Globally for 21st Century Healing" *50th Anniversary Conference, East-West Center*, July

CP17.  2005 Panel on Gardens and the *Tale of Genji*, Permitted/Prohibited: Transgression and Emotion in the Gardens of *Genji*." *Association for Asian Studies Mid-Atlantic Region*

CP18.  2004 "The Ethical Garden," for a Panel on "Ethics, Aesthetics and Gardens," International Society of Environmental Ethics at APA-Eastern Division, Boston

CP19.  2004 Association for Asian Studies, Mid-Atlantic Region: "Teaching the *Tale of Genji*" panelist, November

CP20.  1997 American Society for Aesthetics, Committee on Aesthetics and Higher Education: "Multiculturalism & Aesthetics"

CP21.  1997 Association for Asian Studies, Western Conference: "Choson Korean Garden Design: The Reinterpretation of Chinese Aesthetics"

CP22.  1995 American Society for Aesthetics: "The Aesthetics of Conflict: Death & Warfare in Two Novels by Kawabata Yasunari"

CP23.  1995 Society for Asian & Comparative Philosophy, w/APA Central Division: "Women's Voices in Japanese Ethics and Political Philosophy: Lady Murasaki's *Tale of Genji*"

CP24.  1995 VIIth East-West Philosophers' Conference: "The Forms of Power, East & West: Japanese Subjects & Transformational & Relational Power"

CP25.  1994 Society for Asian and Comparative Philosophy, w/APA, Eastern Division: "Philosophical Dimensions of the Female Voice in Japan," Panel on "Women's Voices, Past and Present"

CP26.  1994 American Society for Aesthetics, 10/1994: "Aesthetics & Epistemology of Gardens & Environment: Asian Perspectives"

CP27.  1993 American Society for Aesthetics: "Desiring Women: The Aesthetics of Japanese Erotic Art"

CP28.  1993 Soc. for Asian & Comparative Philosophy: "Understanding Power Relations in Early Modern Japan"

CP29.  1992 International Conference on Social Philosophy: "Beyond Subject/Object: Envisioning Relational Power in Japanese Erotic Art"

CP30.  1992 Conference on Japanese Core Values, Institute for Culture & Communication, East-West Center: "Gender-Independent Intersubjectivity & Non-Logocentrism: Representation Theory in Japan"

CP31.  1990 Seminar on the Historical Construction of Identities, Center for Historical Analysis, Rutgers University: "Representation & the Construction of the Gendered Subject in 18th-c. Japanese Prints"

CP32.  1990 Society for Cross-Cultural Research: "Representing the Self, Representing the Other: The Gendered Self in Japanese Erotic Art," w/ W. Hackett

CP33.  1989 VI East-West Philosophers' Conference, University of Hawaii: "The Novelist as Philosopher: Akutagawa and the Notion of Selfhood"

CP34.  1989 XI International Congress in Aesthetics, Nottingham, England, 8/88: "Distance, Disinterest, and Autonomy: Gardens as a Challenge to the Theory of Art"

CP35.  1988 American Society for Aesthetics/Eastern Division: Response to "Gardens in an Expanded Field" by Thomas Leddy
CP36.  1987 XIII World Congress on Philosophy of Law & Social Philosophy, Kobe, Japan: "Social Science, Empowerment & Caring: Ethical Issues in the Creation & Adaptation of Modern Built Environments"
CP37.  1986 American Society for Aesthetics/Eastern Division, George Mason University, 1986: "Myth into Art: Garden Design & the Transformation of Knowledge in the Renaissance"
CP38.  1985 International Conference on The *Eidos* of Art, Jagiellonian University, Cracow: "The Garden as a Work of Art"
CP39.  1984 Xth International Congress on Aesthetics, Montreal: "Art as Explanatory Metaphor in Modern Japanese Fiction"
CP40.  1983 XVII International Congress of Philosophy, Montreal: Language & World View: Re-approaching the Whorf Hypothesis
CP41.  1979 Conference on Women, University of Michigan & Henry Ford Community College: "Women, Roles & Choice in Japan"

## Commentator on Papers (a very partial listing)

2007    Commentator, Panel: Visual Arts, American Society for Aesthetics Eastern Division annual conference
2005    Commentator, Panel: "Uncensored: Taking Another Look at Early Modern 'Pornographic' Texts and Images," Association for Asian Studies Mid-Atlantic Region
2005    Commentator, Panel on East Asian Garden Aesthetics, American Society for Aesthetics Eastern Division annual conference
2004    ASA Eastern Division:  Session 1: Art and Politics: "'Tumbling Woman' and the Question of Memorial Art" by Deborah Knight and "Re-covering Whiteness in Sylvia Plath: Colorings in 'The Arrival of the Bee Box'" by Ellen Miller
1985    APA Eastern Division: Commentator on "Art without Object" by Arnold Berleant

## CURATED EXHIBITS

CE1.   2010—11: Honolulu Academy of Arts, The Japan Gallery: Art of *The Tale of Genji* (also under discussion for future exhibits: Japanese Women Artists, Japanese-American Women Artists, Buddhism in Japan, Nanga/Literati Art)
CE2.   2008   University of Canterbury, Christchurch, NZ: *A Gaze of Her Own: Women Artists and Writers in Edo Japan*
CE3.   2008   Jordan Schnitzer Museum of Art, University of Oregon April-Sept 2008: *A Gaze of Her Own: Women and the Arts of Japan*; led a team of undergraduate and graduate student co-curators
CE4.   2006   An exhibit of work by women artists held in conjunction with Green Light Productions' festival of plays by women, Shubin Theater, Philadelphia
CE5.   1997   Carlos Museum, Emory University: The Rockefeller Collection of Asian Art, visiting exhibition, with Tony Herschl (Carlos Museum director), and Denise Leidy (Asia Society)

CE6.  1992  Drew University: *Tibetan Buddhist Art*, with Sara Henry-Corrington & Natalie Hauptman, co-curators
CE7.  1992  Drew University: *Thai Textiles*, with Leedom Lefferts, co-curator
CE8.  1988  Franklin & Marchall College: Photographs of Japanese Gardens

## GALLERY TALKS

G1.  University of Canterbury, Christchurch, NZ: "Women and Japanese Painting and Calligraphy: Artists and Subjects"
G2.  Carlos Museum, Emory University: "Tsukioka Kogyo's Woodblock Prints of the Noh Theater"
G3.  Carlos Museum, Emory University: The Rockefeller Collection of Asian Art
G4.  Yale University Art Gallery: "Art and Culture of Edo Japan"

## PAINTING EXHIBITIONS and PUBLICATION OF ARTWORK

2021  Sculpture & five paintings in *Contemporary Aesthetics*, accompanying an unrelated article written by Miller, "Negative Aesthetics In Art, Environment, And Everyday Life: Arnold Berleant's Theory And The Novels Of Kirino Natsuo**:"**
    1. "Marriage," copper flashing, 3 ½"x30", the piece ca. 48"x24"
    2. "Hit Hard by Sept. 11." Acrylic, newsprint (New York Times), dust from the World Trade Center ground zero site, 20"x16."
    3. "Centrifugal Equilibrium no. 1," 36"x48"
    4. "Centrifugal Equilibrium with Yellow Corona," 24"x36"
    5. "Centrifugal Equilibrium with Red Splash," 24"x36"
2011  "Invited Artist," Punahou (School) Carnival Art Gallery for curators & collectors, Honolulu; PEN Women's juried exhibition, National League of American PEN Women—Honolulu; 4 works (3 based on Japanese literary works: Heian Sutra scrolls and Kawabata's *Beauty and Sadness*)
2010  7 paintings purchased for permanent display in collection of Library and Information Science Program, University of Hawaii at Manoa, School of Computer and Information Science; gift of the LIS Alumni;
Norwegian "Rose Mall" style painting for the set of TAG (The Actors' Group) production of Ibsen's *Ghosts;* subsequently purchased for a private collection in Honolulu, HI;
Publication of 4 paintings on the theme of the internalized landscape, in *Sztuka I Filozofiia*, philosophy journal, Warszawa, Poland:
    "White Music,"
    2 from *Landscapes of Fear*: Twist of Fate, Where Are the Mothers for Us?
    *Refrigerator Paintings: "Recovery after Grief"*
2007  "Dunhuang Dreams" in the artists' book *Who We Are* by Women's Caucus for Art, Philadelphia, exhibited:
    in "Bibliotheca Alexandrina 2nd International Biennial for the Artists' Book," Egypt;
    in "Philly Women/Philly Books," Stedman Gallery, Rutgers-Camden Univ., Apr '05;
    in the Permanent Collection, Stedman Arts Library, Dartmouth College;
    at the Int'l Book Arts Fair, Seoul, South Korea, May '05;

at the Philadelphia Free Library, Print & Picture Department 2004;
with The Bookmobile/*Mobilivre* Project, North America tour 2004;
2006    Philadelphia Open Studio Tours, October
Artist's Fellowship/ Residency Global Arts Village, Calcutta, India, (awarded not taken)
2005    Philadelphia Open Studio Tours, October
Women's Caucus for Art Philadelphia/ Fringe Festival, September
Plastic Club: New Members' Show, September
Plastic Club: Members' Show, May
Plastic Club: Water, Water Everywhere' group show, Philadelphia, March
Highwire Gallery group show, Philadelphia, March
Plastic Club: 'Small Worlds' group show, Philadelphia, February
2004    Faculty Show, Moore College of Art and Design, September
Zonk Arts, Philadelphia, September
Franklin & Marshall College, Phillips Gallery, "Bridal: Red Mandalas" Nine paintings in
Group Show: *Invading Spaces: Sexual Violence Against Women*, April
Perkins Center for the Arts, "9/11 with Fallen Leaves" juried Watercolor Show, April-May
The Plastic Club, "The River Styx" and "Rage is the Guardian" in Self-Portrait Show, April
Philadelphia Sketch Club, "Only the Moon Is Here," in juried Small Works Show, March
2003    Moore College of Art and Design, Goldie Paley Gallery, "Box of Broken Dreams," in *Out of
the Box* Group Show, November
Women's Caucus for Art of Greater Washington, D.C. & the City of Greenbelt, MD.
"Where Are the Mothers for Us?" in Group Show: *Documenting Women's Lives*:
Greenbelt, MD, May
The Ice House, a Morgan Arts Council Gallery, "Where Are the Mothers for Us?" in Group
Show: *Documenting Women's Lives*: Berkeley Springs, West Virginia, June-August
University of the Arts: Solo show: "Centrifugal/Equilibrium," Feb.-May
2002    Walter Wickiser Gallery, Soho, New York City: Group show, March
1988    Franklin & Marshall College, Department of Art: photographs of Japanese Gardens
Paintings are also in collections in Tokyo and 15-20 US cities


## PROFESSIONAL DEVELOPMENT

Writing:
- Oahu Writers' Retreat, Mokuleia, 2022, 2023, 2024
- Kauai Writers' Conference, 2023
- Bread Loaf Environmental Writers' Workshop, 2021
- Vermont Studio Center residency with fellowship, 2019
- The Moth Writers' Residency, 2017
- Indiana University Writers' Conference, 2013
- Summer Writing Workshop with Dorothy Allison, Abigail Thomas and Bar Scott, 2013
- Autobiographical Writing Workshops with Mark Travis, 2009, 2010
- Hawaii Writers' Conference, 2009
- Maui Writers' Conference, 2007, 2008

Other Professional Development:
- March of the Living/Travel & Study of the Holocaust, Poland, with Stockton College, 2005
- Comparative Religious Ethics, faculty seminar, Institute for Ethics, Emory University, 1998
- Korean Culture and Society Institute, Asian Studies Development Program, East-West Center, 1997
- The Armenian Genocide, faculty workshop, Richard Stockton College of New Jersey, 2005
- Environmental Ethics Workshop, University of North Texas, 1992
- Buddhism, Shamanism & Deep Ecology w/ Joan Halifax, Omega Inst., 1992
- Aston Magna Academy: *Restoration England*, 1987; *Haydn's Vienna*, 1989
- Faculty Seminar on Arms control, Yale University, 1982-83

## PROFESSIONAL DEVELOPMENT REGARDING PEDAGOGY

"Designing, Teaching, and Assessing Ethical Reasoning Workshop," University of Hawaii at Manoa Assessment Office
"Successful College Classroom Management" UH-Manoa Center for Teaching Excellence
"Advanced ArtSTOR" UH-Manoa for Teaching Excellence
Google Conference on Education, Honolulu, HI 2016
"Service Learning" faculty workshop, Richard Stockton College of New Jersey
"Teaching Students with Disabilities" faculty workshop, Richard Stockton College
"Theory/Practice/Learning" faculty workshop, Emory University & Agnes Scott College
Korean Culture and Society Institute, Asian Studies Development Program, East-West Center (training to develop Korea-related curriculum)
"Exchange: Japan" workshop on Japanese language in undergraduate curricula
Teaching Asian Studies in the 1990's, Rutgers University
Central Pennsylvania Consortium Workshop on Teaching
Teaching Philosophy & Public Policy Issues, Center for Philosophy & Public Policy, U-MD

## POST-GRADUATE RESEARCH SEMINARS

Dunhuang Research Seminar, Dunhuang, China; Silk Route Foundation; Ning Qiang, director
The Folger Institute, seminar fellowship—"Motivating History," Fall, Keith Moxey, director
Center for Historical Analysis, Rutgers U.: Project on the Historical Construction of Identities, John Gillis, dir.
Institute for the History of British Political Thought, Folger Institute: "Politics & Politeness in the Age of Walpole," J.G.A. Pocock, dir, with Gordon Schochett & Lois Schwoerer
Institute for the History of British Political Thought, Folger Institute: "Political Thought in the English-Speaking Atlantic, 1760-1800," Nicholas Phillipson, director

## NON-ACADEMIC TRAINING AND EDUCATION

Japanese calligraphy workshop with Kobun Chino Roshi, Naropa Institute
Desert Retreat (mythology & storytelling) with Clarissa Pinkola Estes

Boulder County Safehouse: Training for assisting victims of family violence, Boulder CO
Master Gardener, State of Colorado/Colorado State University
Bugaku with Hayashi Arawana, Naropa Institute
Buddhism, Shamanism & Deep Ecology w/ Joan Halifax, Omega Inst., 1992
Tractor-Trailer Driver, Truck Driver Development Service, Niles OH
Crisis Intervention and Suicide Prevention Counseling, Ozone House, Ann Arbor MI
Desert Survival Training, Larry Dean Olsen
National Outdoor Leadership School (NOLS)--Wind Rivers


## BOARDS

*Film and Philosophy Journal* (formerly)
*Place and Location. Studies in Environmental Aesthetics and Semiotics* (formerly)
TAG (The Actor's Group), Honolulu, 2010-2012
Advisory Board, Mid-Atlantic Region of the Association for Asian Studies, 2005-6
American Society for Aesthetics, Board of Trustees 2002-2005
Japan Art History Forum, Treasurer, interim, 2002


## PROGRAM ORGANIZING FOR CONFERENCES

Organizer, Panel on East Asian erotica and eroticism, Assoc. for Asian Studies Mid-Atlantic Region
Chair and Commentator, Panel on East Asian Garden Aesthetics, American Society for Aesthetics
        Eastern Division annual conference
Chair, Artists' Panel, American Society for Aesthetics Eastern Division annual conference
ASA, Eastern Division: Program Chair (2 years); Steering Committee;
Society for Asian & Comparative Philosophy (w/APA, Eastern Division): Organizer & Chair, panel
        on "Comparative Views of The Will"
American Society for Aesthetics (ASA), Program Committee
Institute for Culture & Communication, East-West Center, Planning Committee (1/91) for
        Conference on Japanese Core Values


## REVIEWING (for published reviews of books, see "Publications: Reviews")

2024 American Society for Aesthetics Outstanding Monograph Prize review committee
Of Submissions to Professional Journals: *British Journal of Aesthetics*, *Contemporary Aesthetics,*
        *Environmental Ethics*; *Ethics, Place and Environment*; *Journal of Aesthetic Education;*
        *Journal of Aesthetics and Art Criticism, Journal of Applied Aesthetics, Landscape Journal,*
        *Notre Dame Philosophy Review, Open Philosophy, Philosophy East and West, Eighteenth*
        *Century Studies*, *Hypatia, Film and Philosophy, Philosophy Compass; AIEDAM - Artificial*
        *Intelligence for Engineering Design, Analysis and Manufacturing*
Of Book Manuscripts: Oxford University Press, Cambridge University Press, University of Chicago
        Press, Bloomsbury, Routledge, Lexington, State University of New York Press*,* University
        of Hawaii Press
Of Grant Proposals: National Science Foundation (in Information Science)
Blurbs for books by: Oxford University Press, Bloomsbury, Broadview Press,

## CURRICULUM DEVELOPMENT

Hawaii Tokai International College: Curriculum Committee, Evaluation & Assessment Committee
Drew University:                Art History
                                         Philosophy
                                         Asian Studies Program with a minor
                                         Co-designer, Theme Year Project on Violence & Resistance
Franklin & Marshall College:     Art History
                                         Women's Studies Program with a minor
                                         Asian Studies Program with a minor

## OTHER PROFESSIONAL ACTIVITIES

U S WEST !nterprise, Web Editor and Graphics Designer for USWESTNet (ISP)
College Governance, Hawii Tokai International College: Curriculum Committee, Evaluations and Assessment Committee, Learning Center Committee, Program Review
College Governance, Drew University: Asian Studies Comm., Area Studies Comm.; developed & directed the Asian Studies Program
College Governance, Franklin & Marshall College: Women's Studies Committee, helped design Women's Studies Program with a minor; Asian Studies Committee, helped design Asian Studies Program with a minor

## COURSES TAUGHT

<u>Writing Intensive</u> at Yale, University of Hawaii-Manoa, Hawaii Tokai International College (HTIC)
<u>Ethics Focus</u> at University of Hawaii (East Asian Languages and Literatures) and HTIC (History)

<u>Religion</u>
  Japanese Religion
  Death and Dying
  East Asian Philosophy and Religion
  Selfhood & Personal Identity in Japan
  World Mythology
  South & Southeast Asian Philosophies

<u>Japanese Literature and World Literature</u>
    Contemporary Japanese Literature, at both the 300 and 200 levels
    Pre-modern Japanese Literature: Fiction and Diaries, at both the 300 and 200 levels
    Pre-modern Japanese Literature: Poetry and Drama, at both the 300 and 200 levels
    Pre-modern Japanese Literature (Introduction: all genres)
    20th-c. Japanese Women's Literature
    Pre-modern World Literature

Philosophy
  Introduction to Philosophy
  Aesthetics/Theory of Art
  Art and Society
  Gardens, Landscape and Sacred Space in East Asia
  Gardens, Landscape and Sacred Space
  Japanese Aesthetics
  Environmental Philosophy
  Critical Thinking and Problem-Solving
  Violence & Resistance in Philosophical Perspective
  Feminist Philosophy

Garden and Landscape Studies
  Environmental Philosophy (ethics, aesthetics, epistemology)
  History of Gardens & Landscape (art history)
  Gardens, Landscape and Sacred Space in East Asia (cross-disciplinary)
  Gardens, Landscape, and Sacred Space (cross-disciplinary)

Art History
  Re-Inventing Values: Art & Society in Post-Atomic Japan (in NYC & study tour to Japan)
  Japanese Architecture
  Japanese Art (introductory survey)
  Edo Period Painting and Prints
  Asian Arts
  Introduction to East Asian Art
  Arts of China
  Art of Daimyo Japan
  Women and the Arts of Japan
  Contemporary Craft: East Asia
  Japanese Film and the Arts
  Gardens, Landscape and Sacred Space in East Asia
  Religious Values in East Asian Art
  Introduction to Western Art History (101)

History
  History of Japan—with Ethics Focus
  History of East Asia I: Pre-historic-Pre-modern (Ming, Momoyama, & Choson)
  History of East Asia II: Early Modern (Qing, Tokugawa, & Choson to 21st century

Film Studies
  Japanese Film
  Japanese Film and the Arts
  Japanese Film and World War II/The Atomic Bombing
  Japanese Film and Gender
  20th-century Japanese Film, Art & Fiction
  Asian Film
  Chinese Film

<u>Women's and Gender Studies</u>
    Feminist Philosophy
    Women and the Arts of Japan
    Introduction to Women's Studies
    Women & Feminism in Japanese Film
    20th-c. Japanese Women's Literatu**re**

## **READINGS OF MY WRITING:**

Vermont Studio Center, 2019
Pacific Club Writers' Group, 2010-2020
Indiana University Writers' Conference, Bloomington, IN, 2013
Summer Writing Workshop with Dorothy Allison, Abigail Thomas, Bar Scott, Westcliff, CO, 2013
Moore College of Art, in conjunction with Faculty Art Show, October 2004


**REFERENCES**:      Provided upon request.