UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

File Number: 1:25-cv-01376-MKV

| | | |
|---|---|---|
| JOSEPH REIVER, | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEAL |
| THE CITY OF NEW YORK | ) | |
| Defendant. | ) | |

Notice is hereby given that JOSEPH REIVER, plaintiff in the above-referenced case, hereby appeals to the United States Court of Appeal for the Second Circuit from the ORDER denying plaintiff's application for emergency relief, entered in this action on the 20th day of March, 2025.

By: /s/ Steven J. Hyman	/s/ Norman Siegel

Steven J. Hyman (2097)	Norman Siegel (6850)
McLAUGHLIN & STERN, LLP	SIEGEL TEITELBAUM & EVANS, LLP
260 Madison Avenue	260 Madison Avenue, 22nd Floor
New York, New York 10016	New York, New York 10016
Phone: (212) 448-1100	Phone: (212) 455-0300
shyman@mclaughlinstern.com	nsiegel@stellp.com
*Attorneys for Plaintiff*	*Attorneys for Plaintiff*

Date: March 20, 2025

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed with the Clerk

of Court the foregoing document using the CM/ECF system. The CM/ECF system

will provide service of such filing via Notice of Electronic Filing (NEF) to the

following NEF parties:

Genan Faye Zilkha
gzilkha@law.nyc.gov

Nathan Michael Potter Taylor
ntaylor@law.nyc.gov

Gregory O'Brien
gobrien@law.nyc.gov


Dated: March 20, 2025

                                        /s/ Oliver R. Chernin
                                        Oliver R. Chernin, Esq.