# MCLAUGHLIN & STERN, LLP

FOUNDED 1898

STEVEN J. HYMAN
Partner
shyman@mclaughlinstern.com
Direct Phone: (212) 448-6228

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448-1100
FAX (212) 448-0066
www.mclaughlinstern.com

GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA
SARASOTA, FLORIDA
WESTFIELD, NEW JERSEY

April 3, 2025

<u>VIA ECF</u>
Honorable Mary Kay Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

Re: <u>Joseph Reiver v. The City of New York</u>
<u>Case No. 25-cv-01376 (MKV)(GS)</u>

Your Honor:

We represent plaintiff Joseph Reiver in the above captioned action. Pursuant to Section 4.A.i of the Court's Individual Practices, plaintiff files this letter responding to defendant's letter, dated March 31, 2025, requesting a pre-motion conference to discuss an anticipated pre-answer motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

Plaintiff does not oppose defendant's right to make the contemplated motion but reserves the right to oppose it, if and when it is filed, in accordance with the terms of a briefing schedule mandated by this Court.

Respectfully submitted,

Steven J. Hyman
MCLAUGHLIN & STERN, LLP
Attorneys for Plaintiff

Norman Siegel
SIEGEL TEITELBAUM & EVANS, LLP
Attorneys for Plaintiff