UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH REIVER,

                Plaintiff,

-against-

THE CITY OF NEW YORK,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2025

1:25-cv-1376-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       In an Order dated April 16, 2025, the Court directed the parties to file a joint status letter "within three days" of the resolution of Plaintiffs' interlocutory appeal [ECF No. 35]. On July 31, 2025, the Clerk of Court for the Second Circuit "So Ordered" the parties' stipulation withdrawing that appeal [ECF No. 36]. However, to date, the parties have not filed the required joint letter to this Court. Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint letter by the close of business on August 13, 2025.

       **The parties are on notice that failure to comply with court orders and all applicable rules, and diligently to move this case toward a resolution, may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.**

SO ORDERED.

Date: August 12, 2025
      New York, NY

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**