

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Gregory O'Brien<br>phone: (212)356-0892<br>email: gobrien@law.nyc.gov |

August 12, 2025

<u>**Via ECF**</u>
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: Joseph Reiver v. The City of New York
     <u>25-cv-01376 (MKV)(GS)</u>

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the Defendant The City of New York ("City") in the above captioned action. I write jointly with the attorneys for Plaintiff Joseph Reiver pursuant to the Court's August 12, 2025 Order (ECF No. 37) to inform the Court of the status of Plaintiff's appeal of the Court's March 20, 2025 order denying Plaintiff's application for emergency relief.

  On July 30, 2025 the parties entered into a stipulation pursuant to the Second Circuit's Local Rule 42.1 in which Plaintiff withdrew his appeal without prejudice to renewal, so long as written notice of such renewal was provided to the Second Circuit on or before January 30, 2026. The parties now ask this Court to hold this matter in abeyance, with any applicable deadlines tolled, until either Plaintiff reinstates his appeal, or the deadline to do so, January 30, 2026, expires. The parties shall, within three days of either event, notify this Court by joint letter.

Respectfully submitted,

/S/
Gregory O'Brien
Assistant Corporation Counsel

/S/
Steven J. Hyman
Norman Siegel
Attorneys for Plaintiff

cc: All parties, via ECF